FILED
2018 Oct-16 AM 11:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1

# GO-FORWARD SCHOOLS

| INSTITUTION | ADDITIONAL LOCATION | CITY | STATE | ACCREDITOR | OPE ID | ACCREDITATION ID NUMBER |
|---|---|---|---|---|---|---|
| | | | | | | |
| Brightwood Career Institute | | Broomall | PA | ACICS | 00778100 | 00170949 |
| Brightwood Career Institute | | Harrisburg | PA | ACICS | 00491000 | 00011179 |
| | Brightwood Career Institute | Philadelphia | PA | ACICS | 00491001 | 00010863 |
| Brightwood Career Institute | | Philadelphia (Phila. Mills) | PA | ACICS | 02289800 | 00171004 |
| Brightwood College | | Salida (Modesto) | CA | ACICS | 02306300 | 00223669 |
| Brightwood College | | San Diego | CA | ACICS | 02091700 | 00173481 |
| | Brightwood College | Chula Vista | CA | ACICS | 02091702 | 00173481 |
| Brightwood College | | Van Nuys (Los Angeles) | CA | ACICS | 02539100 | 00171031 |
| | Brightwood College | Riverside | CA | ACICS | 02539102 | 00171052 |
| Brightwood College | | Vista | CA | ACICS | 02549000 | 00171049 |
| Brightwood College | | Hammond | IN | ACICS | 02201800 | 00010363 |
| | Brightwood College | Indianapolis | IN | ACICS | 02201806 | 00180852 |
| Brightwood College | | Baltimore | MD | ACICS | 00749100 | 00235508 |
| Brightwood College | | Beltsville | MD | ACICS | 02083600 | 00223659 |
| Brightwood College | | Towson | MD | ACICS | 01041000 | 00223674 |
| Brightwood College | | Las Vegas | NV | ACICS | 03043200 | 00171016 |
| Brightwood College | | Nashville | TN | ACICS | 02326200 | 00171034 |
| | Brightwood College | Charlotte | NC | ACICS | 02326203 | 00170959 |
| Brightwood College | | Dallas | TX | ACICS | 03272300 | 00170992 |
| Brightwood College | | El Paso | TX | ACICS | 02591900 | 00170998 |
| | Brightwood College | Brownsville | TX | ACICS | 02591905 | 00170956 |
| | Brightwood College | El Paso (Lee Trevino) | TX | ACICS | 02591904 | N/A |
| Brighwood College | | Houston | TX | ACICS | 02312200 | 00010164 |
| | Brightwood College | Friendswood | TX | ACICS | 02312202 | 00016302 |
| Brightwood College | | San Antonio (Ingram) | TX | ACICS | 03115800 | 00171010 |
| | Brightwood College | Laredo | TX | ACICS | 03115802 | 00171019 |
| Brightwood College | | San Antonio (San Pedro) | TX | ACICS | 00946600 | 00173484 |
| | Brightwood College | Corpus Christi | TX | ACICS | 00946609 | 00170989 |
| | Brightwood College | Fort Worth | TX | ACICS | 00946610 | 00171001 |
| | Brightwood College | McAllen | TX | ACICS | 00946607 | 00171025 |

# GO-FORWARD SCHOOLS

| INSTITUTION | ADDITIONAL LOCATION | CITY | STATE | ACCREDITOR | OPE ID | ACCREDITATION ID NUMBER |
|---|---|---|---|---|---|---|
| | | | | | | |
| New England College of Business and Finance | | Boston | MA | NECHE | 03965300 | N/A |
| Virginia College | | Birmingham | AL | ACICS | 03010600 | 00010582 |
| | Virginia College | Jacksonville | FL | ACICS | 03010618 | 00024563 |
| | Virginia College | Augusta | GA | ACICS | 03010619 | 00024697 |
| | Virginia College | Savannah | GA | ACICS | 03010627 | 00045919 |
| | Virginia College | Greensboro | NC | ACICS | 03010634 | 00165129 |
| | Virginia College | Florence | SC | ACICS | 03010633 | 00145523 |
| | Virginia College | Greenville | SC | ACICS | 03010617 | 00023959 |
| | Virginia College | North Charleston | SC | ACICS | 03010620 | 00024833 |
| | Virginia College | Knoxville | TN | ACICS | 03010630 | 00108695 |
| | Virginia College | Lubbock | TX | ACICS | 03010636 | 00221316 |
| | Virginia College | Richmond | VA | ACICS | 03010625 | 00043594 |
| | Golf Academy of America | Carlsbad (San Diego) | CA | ACICS | 03010611 | 00011174 |
| | Golf Academy of America | Apopka (Orlando) | FL | ACICS | 03010612 | 00011148 |
| | Golf Academy of America | Myrtle Beach | SC | ACICS | 03010614 | 00015752 |
| | Golf Academy of America | Farmers Branch (Dallas) | TX | ACICS | 03010629 | 00093164 |

KEY:

ACICS = Accrediting Council for Independent Colleges and Schools
NECHE = New England Commission of Higher Education (formerly NEASC Commission on Institutions of Higher Education)