FILED
2018 Oct-16 AM 11:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 2

# TEACH-OUT SCHOOLS

| INSTITUTION | CITY | STATE | ACCREDITOR | OPE ID | ACCREDITATION ID NUMBER |
|---|---|---|---|---|---|
| Brightwood Career Institute | Pittsburgh | PA | ACICS | 00743600 | 00011256 |
| Brightwood College | Sacramento | CA | ACICS | 02351900 | 00011298 |
| Brightwood College | Bakersfield | CA | ACICS | 02351901 | 00021867 |
| Brightwood College | Clovis (Fresno) | CA | ACICS | 02306302 | 00171007 |
| Brightwood College | Palm Springs | CA | ACICS | 02549005 | 00171037 |
| Brightwood College | Dayton | OH | ACICS | 02052000 | 00235912 |
| Brightwood College | Arlington | TX | ACICS | 03272303 | 00170646 |
| Brightwood College | Beaumont | TX | ACICS | 03115803 | 00170918 |
| Virginia College | Huntsville | AL | ACICS | 03010602 | 00010424 |
| Virginia College | Mobile | AL | ACICS | 03010607 | 00019670 |
| Virginia College | Semmes | AL | ACICS | 03010638 | 00259605 |
| Virginia College | Montgomery | AL | ACICS | 03010616 | 00023668 |
| Virginia College | Fort Pierce | FL | ACICS | 03010635 | 00173613 |
| Virginia College | Pensacola | FL | ACICS | 03010608 | 00019669 |
| Virginia College | Columbus | GA | ACICS | 03010628 | 00062295 |
| Virginia College | Macon | GA | ACICS | 03010623 | 00040822 |
| Virginia College | Baton Rouge | LA | ACICS | 03010624 | 00041407 |
| Virginia College | Bossier City (Shreveport) | LA | ACICS | 03010632 | 00141660 |
| Virginia College | Biloxi | MS | ACICS | 03010610 | 00022050 |
| Virginia College | Jackson | MS | ACICS | 03010603 | 00018779 |
| Virginia College | Tulsa | OK | ACICS | 03010631 | 00073373 |
| Virginia College | Columbia | SC | ACICS | 03010621 | 00034181 |
| Virginia College | Spartanburg | SC | ACICS | 03010626 | 00043122 |
| Virginia College | Chattanooga | TN | ACICS | 03010606 | 00023095 |
| Virginia College | Austin | TX | ACICS | 03010604 | 00019779 |
| Golf Academy of America | Chandler (Phoenix) | AZ | ACICS | 03010613 | 00012797 |
| Ecotech Institute | Aurora (Denver) | CO | ACICS | 03010622 | 00036670 |

KEY:

ACICS = Accrediting Council for Independent Colleges and Schools