FILED
2018 Oct-16 AM 11:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 3

# VIRGINIA COLLEGE, LLC, INSTITUTIONS

| INSTITUTION | ADDITIONAL LOCATION | CITY | STATE | ACCREDITOR | OPE ID | ACCREDITATION ID NUMBER |
|---|---|---|---|---|---|---|
| Brightwood Career Institute | | Broomall | PA | ACICS | 00778100 | 00170949 |
| Brightwood Career Institute | | Harrisburg | PA | ACICS | 00491000 | 00011179 |
| | Brightwood Career Institute | Philadelphia | PA | ACICS | 00491001 | 00010863 |
| Brightwood Career Institute | | Philadelphia (Phila. Mills) | PA | ACICS | 02289800 | 00171004 |
| *Brightwood Career Institute* | | *Pittsburgh* | *PA* | ACICS | 00743600 | 00011256 |
| *Brightwood College* | | *Sacramento* | *CA* | ACICS | 02351900 | 00011298 |
| | *Brightwood College* | *Bakersfield* | *CA* | ACICS | 02351901 | 00021867 |
| Brightwood College | | Salida (Modesto) | CA | ACICS | 02306300 | 00223669 |
| | *Brightwood College* | *Clovis (Fresno)* | *CA* | ACICS | 02306302 | 00171007 |
| Brightwood College | | San Diego | CA | ACICS | 02091700 | 00173481 |
| | Brightwood College | Chula Vista | CA | ACICS | 02091702 | 00173481 |
| Brightwood College | | Van Nuys (Los Angeles) | CA | ACICS | 02539100 | 00171031 |
| | Brightwood College | Riverside | CA | ACICS | 02539102 | 00171052 |
| Brightwood College | | Vista | CA | ACICS | 02549000 | 00171049 |
| | *Brightwood College* | *Palm Springs* | *CA* | ACICS | 02549005 | 00171037 |
| Brightwood College | | Hammond | IN | ACICS | 02201800 | 00010363 |
| | Brightwood College | Indianapolis | IN | ACICS | 02201806 | 00180852 |
| Brightwood College | | Baltimore | MD | ACICS | 00749100 | 00235508 |
| Brightwood College | | Beltsville | MD | ACICS | 02083600 | 00223659 |
| Brightwood College | | Towson | MD | ACICS | 01041000 | 00223674 |
| Brightwood College | | Las Vegas | NV | ACICS | 03043200 | 00171016 |
| *Brightwood College* | | *Dayton* | *OH* | ACICS | 02052000 | 00235912 |
| Brightwood College | | Nashville | TN | ACICS | 02326200 | 00171034 |
| | Brightwood College | Charlotte | NC | ACICS | 02326203 | 00170959 |
| Brightwood College | | Dallas | TX | ACICS | 03272300 | 00170992 |
| | *Brightwood College* | *Arlington* | *TX* | ACICS | 03272303 | 00170646 |
| Brightwood College | | El Paso | TX | ACICS | 02591900 | 00170998 |
| | Brightwood College | Brownsville | TX | ACICS | 02591905 | 00170956 |
| | Brightwood College | El Paso (Lee Trevino) | TX | ACICS | 02591904 | N/A |

# VIRGINIA COLLEGE, LLC, INSTITUTIONS

| INSTITUTION | ADDITIONAL LOCATION | CITY | STATE | ACCREDITOR | OPE ID | ACCREDITATION ID NUMBER |
|---|---|---|---|---|---|---|
| Brighwood College | | Houston | TX | ACICS | 02312200 | 00010164 |
| | Brightwood College | Friendswood | TX | ACICS | 02312202 | 00016302 |
| Brightwood College | | San Antonio (Ingram) | TX | ACICS | 03115800 | 00171010 |
| | *Brightwood College* | *Beaumont* | *TX* | ACICS | 03115803 | 00170918 |
| | Brightwood College | Laredo | TX | ACICS | 03115802 | 00171019 |
| Brightwood College | | San Antonio (San Pedro) | TX | ACICS | 00946600 | 00173484 |
| | Brightwood College | Corpus Christi | TX | ACICS | 00946609 | 00170989 |
| | Brightwood College | Fort Worth | TX | ACICS | 00946610 | 00171001 |
| | Brightwood College | McAllen | TX | ACICS | 00946607 | 00171025 |
| Virginia College | | Birmingham | AL | ACICS | 03010600 | 00010582 |
| | *Virginia College* | *Huntsville* | *AL* | ACICS | 03010602 | 00010424 |
| | *Virginia College* | *Mobile* | *AL* | ACICS | 03010607 | 00019670 |
| | *Virginia College* | *Semmes* | *AL* | ACICS | 03010638 | 00259605 |
| | *Virginia College* | *Montgomery* | *AL* | ACICS | 03010616 | 00023668 |
| | *Virginia College* | *Fort Pierce* | *FL* | ACICS | 03010635 | 00173613 |
| | Virginia College | Jacksonville | FL | ACICS | 03010618 | 00024563 |
| | *Virginia College* | *Pensacola* | *FL* | ACICS | 03010608 | 00019669 |
| | Virginia College | Augusta | GA | ACICS | 03010619 | 00024697 |
| | *Virginia College* | *Columbus* | *GA* | ACICS | 03010628 | 00062295 |
| | *Virginia College* | *Macon* | *GA* | ACICS | 03010623 | 00040822 |
| | Virginia College | Savannah | GA | ACICS | 03010627 | 00045919 |
| | *Virginia College* | *Baton Rouge* | *LA* | ACICS | 03010624 | 00041407 |
| | *Virginia College* | *Bossier City (Shreveport)* | *LA* | ACICS | 03010632 | 00141660 |
| | *Virginia College* | *Biloxi* | *MS* | ACICS | 03010610 | 00022050 |
| | *Virginia College* | *Jackson* | *MS* | ACICS | 03010603 | 00018779 |
| | Virginia College | Greensboro | NC | ACICS | 03010634 | 00165129 |
| | *Virginia College* | *Tulsa* | *OK* | ACICS | 03010631 | 00073373 |
| | *Virginia College* | *Columbia* | *SC* | ACICS | 03010621 | 00034181 |
| | Virginia College | Florence | SC | ACICS | 03010633 | 00145523 |
| | Virginia College | Greenville | SC | ACICS | 03010617 | 00023959 |

# VIRGINIA COLLEGE, LLC, INSTITUTIONS

| INSTITUTION | ADDITIONAL LOCATION | CITY | STATE | ACCREDITOR | OPE ID | ACCREDITATION ID NUMBER |
|---|---|---|---|---|---|---|
| | Virginia College | North Charleston | SC | ACICS | 03010620 | 00024833 |
| | *Virginia College* | *Spartanburg* | *SC* | ACICS | 03010626 | 00043122 |
| | *Virginia College* | *Chattanooga* | *TN* | ACICS | 03010606 | 00023095 |
| | Virginia College | Knoxville | TN | ACICS | 03010630 | 00108695 |
| | *Virginia College* | *Austin* | *TX* | ACICS | 03010604 | 00019779 |
| | Virginia College | Lubbock | TX | ACICS | 03010636 | 00221316 |
| | Virginia College | Richmond | VA | ACICS | 03010625 | 00043594 |
| | *Golf Academy of America* | *Chandler (Phoenix)* | *AZ* | ACICS | 03010613 | 00012797 |
| | Golf Academy of America | Carlsbad (San Diego) | CA | ACICS | 03010611 | 00011174 |
| | Golf Academy of America | Apopka (Orlando) | FL | ACICS | 03010612 | 00011148 |
| | Golf Academy of America | Myrtle Beach | SC | ACICS | 03010614 | 00015752 |
| | Golf Academy of America | Farmers Branch (Dallas) | TX | ACICS | 03010629 | 00093164 |
| | *Ecotech Institute* | *Aurora (Denver)* | *CO* | ACICS | 03010622 | 00036670 |

KEY:

*ECA announced on September 10, 2018, that it has discontinued enrollment in campuses listed in red italics and that those campuses will be taught out and closed.*

ACICS = Accrediting Council for Independent Colleges and Schools