# EXHIBIT 3

*Education Corporation of America Portfolio Report*

| Address | City | ST | Commencement | Expiration | Landlord Name | Address | City | ST | Zip Code | Country | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3660 Grandview Parkway, Grandview Corporate Park | Birmingham | AL | 11/1/2016 | 10/31/2021 | LAKD HQ, LLC | | | - | | USA | LDodd@DanielCorp.com |
| 3660 Grandview Parkway | Birmingham | AL | 9/1/2016 | 10/31/2021 | Education Corporation of America | 4700 Highlands Way | Birmingham | AL | 35210 | USA | |
| 3660 Grandview Parkway, Grandview Corporate Park | Birmingham | AL | 11/1/2016 | 10/31/2021 | LAKD HQ, LLC | | | - | | USA | LDodd@DanielCorp.com |
| 3660 Grandview Parkway, Grandview Corporate Park | Birmingham | AL | 11/1/2016 | 10/31/2021 | LAKD HQ, LLC | | | - | | USA | LDodd@DanielCorp.com |
| 3660 Grandview Parkway, Grandview Corporate Park | Birmingham | AL | 11/1/2015 | 10/31/2021 | LAKD HQ, LLC | | | - | | USA | LDodd@DanielCorp.com |
| 400 Chase Park South | Birmingham | AL | 9/21/2015 | 12/20/2022 | Century/Chase, L.L.C. | 2 Office Park Circle | Birmingham | AL | 35223 | USA | annette@firstsunbelt.com |
| 500 Palisades Boulevard | Birmingham | AL | 9/1/2017 | 8/31/2027 | Palisades Birmingham, LLC - Bryant, Dick | 3500 Lennox Road | Atlanta | GA | 30326 | USA | amartinez@leeatlanta.com |
| 1901 Finley Boulevard | Birmingham | AL | 9/24/2015 | 9/24/2020 | Georgia Commercial Stores, Inc. | 1707 Mt. Vernon Road | Dunwoody | GA | 30338 | USA | M2Z2Company@gmail.com |
| 2021 Drake Avenue SW | Huntsville | AL | 11/5/2010 | 12/31/2025 | CMS EDU II Huntsville, LP | Estate 29 King of Prussia Road | Radnor | PA | 19087 | USA | jvillacis@beaconcre.com |
| 3725 Airport Boulevard & Montlimar Drive | Mobile | AL | 9/30/2009 | 3/31/2020 | Mobile Festival Acquisition LLC, c/o Veritas Realty | 6440 Westfield Blvd. | Indianapolis | IN | 46220 | USA | PTesluk@veritasrealty.com |
| 351-A George Street | Mobile | AL | 5/2/2016 | 5/1/2019 | SOAP, L.L.C. - Carley, Kevin W | 19 Westgate Road | Mobile | AL | 36608 | USA | susancarley@icloud.com |
| 6200 Atlanta Highway | Montgomery | AL | 10/1/2017 | 9/30/2022 | Folmar & Associates LLP | P.O. Box 16765 | Mobile | AL | 36616 | USA | wilsonwc@comcast.net |
| 6399 Atlanta Highway | Montgomery | AL | 1/1/2018 | 12/31/2018 | | | | | | | |
| 4525 Schillinger Road N | Semmes | AL | 6/11/2014 | | | | | | | | |
| 2031 N Arizona Avenue | Chandler | AZ | 10/18/2010 | 10/17/2025 | EC Chandler, LLC and Warner Chandler, LLC | 6750 W. Peoria Ave. | Peoria | AZ | 85345 | USA | msutter@ethanchristopher.com |
| 1914 Wible Road, Kaplan College | Bakersfield | CA | 3/1/2015 | 2/28/2021 | Valley Plaza Mall, LP | 110 N Wacker Drive | Chicago | IL | 60606 | USA | Lori.Locklear@generalgrowth.com |
| 1950 Camino Vida Roble | Carlsbad | CA | 2/1/2015 | 1/31/2020 | PRA Carlsbad Office, LLC, c/o Pacific Realty Advisors | | | AZ | | USA | megan.faircloth@cushwake.com |
| 144 Chula Vista Center | Chula Vista | CA | 12/2/2009 | 11/30/2019 | Chula Vista Center, LLC  c/o Chula Vista Center, LLC | c/o Brookfield Properties (R) LLC 200 Vesey Street 25th Floor | New York | NY | 10281 | USA | |
| 44 Shaw Avenue | Clovis | CA | 2/10/2005 | 8/31/2021 | 5561 Sultana, LLC | 18321 Ventura Boulevard, Suite # 980 | Tarzana | CA | 91356 | USA | jseltzer@hp-cap.com |
| 6200 Lankershim Boulevard | North Hollywood | CA | 1/1/2018 | 12/31/2018 | | | | | | | |
| 2475 Tahquitz Canyon Way | Palm Springs | CA | 11/1/2014 | 10/31/2019 | Desert Community College Auxiliary Svcs | 43-500 Monterey Avenue | Palm Desert | CA | 92260 | USA | mmcginnis@bond.collegeofthedesert.edu |
| 2711 Tamarisk Road | Palm Springs | CA | 1/1/2018 | 12/31/2018 | | | | | | | |
| 4040 Vine Street | Riverside | CA | 8/1/2016 | 7/31/2021 | Cityworks, LLC, c/o American Real Estate Mgmt LLC | 788 Shrewsbury Avenue | Tinton Falls | NJ | 07724 | USA | karen@americanselfstorage.com |
| 4330 Watt Avenue | Sacramento | CA | 1/10/2017 | 3/31/2022 | Boyd Sacramento GSA, LLC | 6641 W. Broad Street, Suite # 101 | Richmond | VA | 23230 | USA | michele.garrett@cbre-richmond.com |
| 5172 Kiernan Court | Salida | CA | 6/1/2017 | 5/31/2020 | Pinnacle Partners, LLC | 1034 12th Street | Modesto | CA | 95354 | USA | russ@ranplc.com |
| 5524 Pirrone Road | Salida | CA | 1/1/2018 | 12/31/2018 | | | | | | | |
| 9055 Balboa Avenue | San Diego | CA | 4/1/2014 | 2/28/2022 | LBA Balboa, LLC, c/o Layton-Belling & Associates - Layton, Steven R | 221 15th Street | Del Mar | CA | 92014 | USA | rbarrow@lbarealty.com |
| PO Box 334 | Stockton | CA | 1/1/2018 | 12/31/2018 | | | | | | | |
| 15400 Sherman Way | Van Nuys | CA | 7/29/2017 | 7/31/2027 | 15350/15400 Sherman Reverse, LLC | 15400 Sherman Way | Van Nuys | CA | 91406 | USA | ana.lia@majesticllc.com |
| 2022 University Drive | Vista | CA | 7/1/2016 | 2/28/2027 | National University | 6050 El Tordo | Rancho Santa Fe | CA | 92067 | USA | |

*Education Corporation of America Portfolio Report*

| Address | City | ST | Commencement | Expiration | Landlord Name | Address | City | ST | Zip Code | Country | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1330 S. Abilene | Aurora | CO | 1/25/2017 | 12/31/2018 | South Abilene Storage | 1330 S Abilene | Aurora | CO | 80012 | USA | |
| 1400 S. Abilene Street | Aurora | CO | 1/10/2011 | 12/31/2026 | National Retail Properties, LP | 450 S. Orange Ave, Suite #900 | Orlando | FL | 32801 | USA | kimberlie.cranford@nnnreit.com |
| 1400 South Abilene Street | Aurora | CO | 7/26/2016 | 7/31/2026 | Virginia College, LLC d/b/a Ecotech Institute | 1400 South Abilene Street ATTN:  Lisa Millar | Aurora | CO | 80012 | USA | lisa@spidermonkey.co |
| PO Box 600 | Boulder | CO | 1/1/2018 | 12/31/2018 | | | | | | | |
| 2200 South Monaco Parkway | Denver | CO | 8/1/2014 | 12/31/2021 | Creative Investments II, LLC, c/o Crosbie Management Services, LLC | 2000 S. Colorado Blvd. | Denver | CO | 80222 | USA | Smay@creginc.com |
| 510 South Hunt Club Boulevard | Apopka | FL | 8/2/2011 | 12/31/2021 | CEVD Holdings, LLC | 7575 Dr. Phillips Blvd | Orlando | FL | 32819 | USA | twoodham@eisre.com |
| 2810 South Federal Highway & 2838 South Highway 1 | Fort Pierce | FL | 6/16/2013 | 6/30/2028 | The Don Levin Trust - Gallagher, Thomas P | 11300 W. Olympic Blvd. | Los Angeles | CA | 90064 | USA | lilytm@dsl-cc.com |
| 5940 Beach Boulevard | Jacksonville | FL | 4/1/2009 | 3/31/2019 | Herford Associates Limited Partnership, c/o Ingber & Klapper LLP | 340 Pemberwick Road | Greenwich | CT | 06831 | USA | mplaumann@greyhawke.com |
| 1402 San Marco Boulevard | Jacksonville | FL | 6/1/2013 | 10/31/2018 | Oral Explosion Eateries, Inc., c/o Manish Bansal | 10782 Waverly Bluff Way | Jacksonville | FL | 32223 | USA | manishbansalmd@gmail.com |
| 312 East Nine Mile Road | Pensacola | FL | 4/1/2015 | 3/31/2030 | NC Pensacola, LLC | 204-C West Woodlawn Road | Charlotte | NC | 28217 | USA | markderrick@bvbproperties.com |
| 2807 Wylds Road | Augusta | GA | 9/1/2019 | 8/31/2023 | Augusta NCP, LLC | 1999 Broadway, Suite #3500 | Denver | CO | 80202 | USA | bdreher@northstarcp.com |
| 3122 Mike Padget Highway | Augusta | GA | 2/1/2017 | 1/31/2019 | Augusta Data Storage, Inc. | PO Box 6030 | Augusta | GA | 30906 | USA | |
| 5601 Veterans Parkway | Columbus | GA | 10/3/2011 | 10/2/2026 | 5601 VPCG, LLC | 100 Gilbert Drive | Alabaster | AL | 35007 | USA | |
| 1901 Paul Walsh Drive | Macon | GA | 9/7/2010 | 12/31/2025 | VC Macon, GA, LLC | 599 Highland Colony Parkway | Ridgeland | MO | 39157 | USA | jfdavis@dlinv.net |
| 1901 Paul Walsh Drive | Macon | GA | 9/7/2010 | 12/31/2025 | VC Macon, GA, LLC | 599 Highland Colony Parkway | Ridgeland | MO | 39157 | USA | jfdavis@dlinv.net |
| 14045 Abercorn Street | Savannah | GA | 6/4/2011 | 6/30/2026 | Savannah Mall Realty Holding, LLC | 14045 Abercorn Street Box 33 | Savannah | GA | 31419 | USA | jmarsh@savannahmall.com |
| 10 South Wacker Drive | Chicago | IL | 8/1/2015 | 10/30/2018 | Stifel, Nicolaus & Company, Inc. | 501 N Broadway | St. Louis | MO | 63102 | USA | woltersb@stifel.com |
| 10 South Wacker Drive | Chicago | IL | 11/1/2018 | 6/30/2027 | 10 - 30 S. Wacker, L.L.C. | c/o Tishman Speyer Properties, L.P. 10 South Wacker Drive Attn: Property Manager | Chicago | IL | 60606 | USA | |
| 100 Commerce Lane | Fairview Heights | IL | 1/1/2019 | 12/31/2019 | Mr. James L. Combs | 7733 Forsyth Blvd. 4th Floor | St. Louis | MO | 63105 | USA | rmh@rgsz.com |
| 1033 Skokie Boulevard | Northbrook | IL | 8/1/2017 | 1/31/2018 | CCII 1033 LLC | | | IL | | USA | anna.vandyck@am.jll.com |
| 7833 Indianapolis Blvd. | Hammond | IN | 9/1/2015 | 8/31/2030 | GELO Investments, LLC | 3201 Old Glenview Road Suite #300 | Wilmette | IL | 60091 | USA | jburnham@terracorealestate.com |
| 4200 South East Street | Indianapolis | IN | 8/18/2008 | 8/31/2023 | Southern Plaza LLC, c/o Tri-Land Properties, Inc. | One E. Oak Hill Dr. | Westmont | IL | 60559 | USA | jmusil@TrilandProperties.com |
| 9355 Cortana Place | Baton Rouge | LA | 9/20/2010 | 12/31/2025 | Cortana Mall LA LCC | 9401 Cortana Place | Baton Rouge | LA | 70815 | USA | a.landry@mlgpllc.com |
| 2950 East Texas Street | Bossier | LA | 7/11/2012 | 7/31/2027 | Pierre Bossier Anchor Acquisition, LLC | 6225 N. State Hwy. 161 | Irving | TX | 75038 | USA | donna.jones@brookfieldproperties.com |
| 10 High Street | Boston | MA | 2/1/2017 | 1/31/2024 | KNH Realty Trust, c/o Farley White Management Company | 155 Federal Street | Boston | MA | 02110 | USA | JKaroly@farleywhite.com |
| 1520 S. Caton Avenue | Baltimore | MD | 5/1/2017 | 4/30/2020 | Highroad LLC and Highroad Joh Ave., LLC | 13687 Gilbride Lane | Clarksville | MD | 21029 | USA | waynemoore1@verizon.net |
| 4600 Powder Mill Road | Beltsville | MD | 7/1/2008 | 11/30/2023 | DenGar Belt LLLP | 5410 Edson Lane, Suite #220 | Rockville | MD | 20852 | USA | mconnelly@bermanenterprises.com |

*Education Corporation of America Portfolio Report*

| Address | City | ST | Commencement | Expiration | Landlord Name | Address | City | ST | Zip Code | Country | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 803 Gleneagles Court | Towson | MD | 1/1/2018 | 12/31/2020 | Gleneagles Office LLC | 2330 W. Joppa Road | Lutherville | MD | 21093 | USA | JJohnson@mullanei.com |
| 1295 Bandana Boulevard North | St. Paul | MN | 9/1/2013 | 9/30/2018 | Atrium, LLC - Schwebel, David P | 1625 Energy Park Drive | St. Paul | MN | 55108 | USA | RGunderson@wellingtonmgt.com |
| 809 Illinois Avenue | Joplin | MO | 8/1/2016 | 7/31/2019 | Joplin Properties, LLC | 745 E. Joyce Suite # 220 | Fayetteville | AR | 72703 | USA | |
| Hunt Midwest Commerce Center District III - First Plat | Kansas | MO | 11/1/2012 | 10/31/2024 | Hunt Midwest Real Estate Development, Inc. | 8300 N.E. Underground Drive, Suite # 100 | Kansas | MO | 64161 | USA | |
| 9811 South Forty Drive | Ladue | MO | 12/1/2016 | 11/30/2018 | Southwestern Enterprises, Inc. | 705 Olive Street | St. Louis | MO | 63101 | USA | |
| 3850 South Campbell Avenue, 1500 Block of W. Republic Rd & 1545 W. Republic Rd | Springfield | MO | 1/1/2010 | 12/31/2017 | Jared Enterprise, Inc. FKA CRW Properties, Inc. | 2870 South Ingram Mill Road, Suite # A | Springfield | MO | 65804 | USA | |
| 12900 Maurer Industrial Drive | St. Louis | MO | 9/1/2016 | 8/31/2018 | Maurer Development Company and Maurer Holdings, LLC | | | MO | | USA | |
| 12955 Maurer Industrial Drive | St. Louis | MO | 9/1/2016 | 8/31/2018 | Maurer Development Company | | | MO | | USA | |
| 8580 Evans Avenue | St. Louis | MO | 1/1/2008 | 12/31/2024 | McEagle VC, LLC | 1001 Boardwalk Springs Place, Suite # 200 | O'Fallon | MO | 63368 | USA | |
| 800 North Third Street | St. Louis | MO | 12/1/2013 | 2/28/2018 | BV Capital, LLC | 7721 Clayton Road | Clayton | MO | 63117 | USA | |
| 920 Cedar Lake Road | Biloxi | MS | 4/1/2015 | 3/31/2020 | Gulf States Properties, Inc. | 2555 Marshall Road, Suite #E | Biloxi | MS | 39531 | USA | |
| 920 Cedar Lake Road | Biloxi | MS | 4/1/2015 | 3/31/2020 | Gulf States Properties, Inc. | 2555 Marshall Road, Suite # E | Biloxi | MS | 39531 | USA | |
| 5841 Ridgewood Road | Jackson | MS | 4/8/2013 | 4/30/2028 | George Joseph Assets, LLC | 427 N. Columbia Street | Covington | LA | 70433 | USA | |
| 6070 E. Independence Boulevard | Charlotte | NC | 10/7/2009 | 3/31/2020 | R & W Rentals LLC | 6100 E. Independence Blvd | Charlotte | NC | 28212 | USA | cdw610070@yahoo.com |
| 6900 Clifford Road | Fayetteville | NC | 1/1/2018 | 12/31/2019 | Cliffdale Partners, LLC | c/o Neari & Associates 322 N. Spring Street | Winston-Salem | NC | 27101 | USA | pneari@neariassociates.com |
| 3700 South Holden Road | Greensboro | NC | 10/3/2012 | 10/31/2027 | BVB-NC, LLC | 204-C West Woodlawn Road | Charlotte | NC | 28217 | USA | markderrick@bvbproperties.com |
| 1700 East Arlington Blvd | Greenville | NC | 1/1/2017 | 12/31/2018 | BrewCo Enterprises, Inc. | P.O. Box 2187 | Greenville | NC | 27836 | USA | brewcognvl@suddenlinkmail.com |
| 1375 Lenoir Rhyne Boulevard | Hickory | NC | 10/1/2018 | 9/30/2019 | Furniture Enterprises of Hickory | | | NC | | USA | franzimmerman@hickoryfurniture.com |
| 5617 Creedmoor Road | Raleigh | NC | 1/1/2018 | 12/31/2018 | J.T. Hobby & Son, Inc. | 4312 Lead Mine Road | Raleigh | NC | 27601 | USA | bethanyb@hobbyproperties.com |
| 230 Government Center | Wilmington | NC | 1/1/2017 | 12/31/2018 | New Hanover County | 230 Government Center Dr | Wilmington | NC | 28403 | USA | kdaughtry@nhcgov.com |
| 8205 Spain NE | Albuquerque | NM | 7/1/2017 | 6/30/2019 | NMTex, LLC | 8205 Spain NE, Suite #203 | Albuquerque | NM | 87109 | USA | janstephenswilson@gmail.com |
| 3535 West Sahara Avenue | Las Vegas | NV | 9/1/2009 | 12/31/2019 | Las Vegas Associates, LLLP | 3528 K Street, NW | Washington | DC | 20007 | USA | tom.kyhos@firstoxford.com |
| 3585 S. Highland Drive | Las Vegas | NV | 1/1/2018 | 12/31/2018 | Plaza Vegas Mini Storage | 3585 S. Highland | Las Vegas | NV | 89103 | USA | |
| 3585 S. Highland Drive | Las Vegas | NV | 1/1/2018 | 12/31/2018 | Plaza Vegas Mini Storage | 3585 S. Highland | Las Vegas | NV | 89103 | USA | |
| 2800 East River Road | Dayton | OH | 11/1/2009 | 4/30/2020 | Nassif Gobrial and Monica Gobrial | 40 N. Main Street | Dayton | OH | 45423 | USA | Mark.Sinex@cbre.com |

*Education Corporation of America Portfolio Report*

| Address | City | ST | Commencement | Expiration | Landlord Name | Address | City | ST | Zip Code | Country | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5124 South Peoria Avenue | Tulsa | OK | 1/14/2012 | 12/31/2027 | American Autowash LLC, American Autowash Express LLC and Foam Zone LLC | 3910 West 6th Avenue, #347 | Stillwater | OK | 74074 | USA | rachellelynnea@icloud.com |
| 5537 NW Expressway | Warr Acres | OK | 4/1/2011 | 3/31/2018 | SM Newco Warr Acres, LLC | 3300 Enterprise Parkway | Beachwood | OH | 44122 | USA | |
| 2520 Knights Road | Bensalem | PA | 1/1/2018 | 12/31/2018 | | | | | | | |
| 2520 Knights Road | Bensalem | PA | 4/1/2018 | 12/31/2018 | Extra Space Storage | | | PA | | USA | |
| 1991 Sproul Road | Broomall | PA | 10/1/2018 | 12/31/2019 | Federal Realty Investment Trust - Property #1442 | 1626 E. Jefferson Street | Rockville | MD | 20852 | USA | mhellman@federalrealty.com |
| 5620 & 5630 Derry Street | Harrisburg | PA | 3/1/2019 | 2/28/2022 | Electra Realty Company | 322 Worcester Avenue | Harrisburg | PA | 17111 | USA | rwlebo@verizon.net |
| 5650 Lancaster Street | Harrisburg | PA | 3/1/2019 | 2/28/2022 | Lebo Realty, L.P. | 322 Worcester Avenue | Harrisburg | PA | 17111 | USA | rwlebo@verizon.net |
| 125 Franklin Mills Boulevard | Philadelphia | PA | 10/1/2017 | 9/30/2024 | BH Franklin, LLLP | 385 Kings Highway North | Cherry Hill | NJ | 08034 | USA | David@PretiumPM.com |
| 3010 Market Street | Philadelphia | PA | 1/1/2019 | 12/31/2023 | 3000 Market, L.P. - DeVuono, Jeff | 2970 Market Street West Penthouse | Philadelphia | PA | 19104 | USA | anita.nesfeder@bdnreit.com |
| 933 Penn Avenue | Pittsburgh | PA | 6/1/2012 | 5/31/2024 | iPenn Ventures, LP c/o Draxxhall Management Corporation | 707 Grant Street, Suite # 838 | Pittsburgh | PA | 15219 | USA | aguidish@dmcpgh.com |
| 6185 Rivers Avenue | Charleston | SC | 1/1/2010 | 12/31/2019 | Randall Benderson 1993-1 Trust | 7978 Cooper Creek Blvd | University Park | FL | 34201 | USA | cliffmchenry@benderson.com |
| 7201 Two Notch Road | Columbia | SC | 3/22/2010 | 12/31/2025 | CKS-VCC LLC | 11490 Commerce Park Dr | Reston | VA | 20191 | USA | nkoppula@aceinfosolutions.com |
| 2400 David H. McLeod Blvd | Florence | SC | 7/7/2012 | 12/31/2028 | Fields McLeod, LLC | P. O. Box 606 | Aynor | SC | 29511 | USA | nancyinserra@blackwaterllc.com |
| 78 Global Drive | Greenville | SC | 6/1/2018 | 5/31/2025 | Fair Forest of Greenville, LLC | | | SC | | USA | mwcauthen@pacgc.com |
| 68 Global Drive | Greenville | SC | 6/1/2018 | 5/31/2025 | Fair Forest of Greenville, LLC | 28 Global Drive, Suite # 100 | Greenville | SC | 29607 | USA | |
| 1900 Joe White Avenue | Myrtle Beach | SC | 2/1/2015 | 1/31/2028 | G & G Holdings LLC | 2138 Council Fire Lane | Knoxville | TN | 37922 | USA | rega333712@yahoo.com |
| 1890 Joe White Avenue | Myrtle Beach | SC | 3/1/2017 | 12/31/2018 | San Diego Golf Academy | 1890 Joe White Avenue | Myrtle Beach | SC | | USA | |
| 4761 Highway 501 | Myrtle Beach | SC | 1/1/2018 | 12/31/2018 | | | | | | | |
| 8150 Warren H. Abernathy Highway | Spartanburg | SC | 1/6/2011 | 12/31/2026 | CMS EDU II Spartanburg, L.P. , c/ o Beacon Commercial Real Estate, LLC | c/o Beacon Commercial Real Estate 29 King of Prussia Road Building 1 - Suite #200 | Radnor | PA | 19087 | USA | jvillacis@beaconcre.com |
| 721 Eastgate Loop Road | Chattanooga | TN | 9/12/2018 | 9/30/2023 | Osborne Holdings, LLC | P.O. Box 11549 | Chattanooga | TN | 37401 | USA | |
| 5704 Marlin Road | Chattanooga | TN | 7/5/2018 | 9/30/2023 | Osborne Building Corporation | 1200 Market Street | Chattanooga | TN | 37402 | USA | |
| 1245 N Germantown Parkway | Cordova | TN | 11/1/2015 | 10/31/2020 | NPK Cordova, LLC, c/o Centro Properties Group | 420 Lexington Avenue, 7th Floor | New York | NY | 10170 | USA | |
| 5003 N. Broadway Street | Knoxville | TN | 9/28/2012 | 12/31/2027 | National Retail Properties, LP | 450 S. Orange Ave | Orlando | FL | 32801 | USA | Ninibet.Balladin@nnnreit.com |
| 2655 Dividend Drive & 1785 &1835 Nonconnah Blvd. | Memphis | TN | 9/1/2017 | 8/31/2022 | Remark Trust, LLC, C/o Building Management | 2598 Corporate Avenue, Suite # 100 | Memphis | TN | 38132 | USA | |
| 6991 Appling Farms Parkway & 6949 Appling Farms Parkway | Memphis | TN | 5/1/2015 | 4/30/2020 | Appling Farms Properties # 2, L.P. - Wegener, D. Curtis | 6363 Poplar Ave., Suite #400 | Memphis | TN | 38119 | USA | |
| 750 Envious Lane | Nashville | TN | 7/1/2007 | 2/28/2025 | Aspen Kap LLC | 120 South Gay Street Suite #702 | Knoxville | TN | 37902 | USA | svend@worshamgroup.com |
| 750 Envious Lane | Nashville | TN | 7/1/2017 | 2/29/2020 | Virginia College, LLC, d/b/a Brightwood College | 734 Envious Way | Nashville | TN | 37217 | USA | |

*Education Corporation of America Portfolio Report*

| Address | City | ST | Commencement | Expiration | Landlord Name | Address | City | ST | Zip Code | Country | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2241 S. Watson Rd. | Arlington | TX | 5/1/2009 | 10/31/2019 | Pioneer Industrial, LLC, c/o LaSalle Investment Management, Inc. | 2001 Ross Avenue | Dallas | TX | 75201 | USA | abigail.tejada@stramrealty.com |
| 2831 East Arkansas Lane | Arlington | TX | 5/1/2009 | 10/31/2019 | Pioneer Parking Lot, LLC, c/o LaSalle Investment Management, Inc. | 2001 Ross Avenue | Dallas | TX | 75201 | USA | abigail.tejada@stramrealty.com |
| 14200 North Interstate Highway 35 | Austin | TX | 8/17/2012 | 12/31/2027 | National Retail Properties, LP | 450 S. Orange Ave, Suite #900 | Orlando | FL | 32801 | USA | brooke.edge@nnnreit.com |
| 6115 Eastex Freeway | Beaumont | TX | 11/9/2009 | 11/30/2019 | Parkdale Mall CMBS, LLC, c/o CBL & Associates Management, Inc. | 2030 Hamilton Place Boulevard | Chattanooga | TN | 37421-600 | USA | jim.brown@cblproperties.com |
| 1900 N. Expressway 77/83 | Brownsville | TX | 10/1/2017 | 3/31/2025 | Water Tower Development, LLC | 1001 S. 10th Street | McAllen | TX | 78501 | USA | Chuck.mflp@gmail.com |
| 3605 N. Expressway 77 | Brownsville | TX | 1/1/2018 | 12/31/2018 | | | | | | | |
| 1620 South Padre Island Drive | Corpus Christi | TX | 1/1/2018 | 12/31/2022 | South Coast Plaza, LLC, c/o Property Managers, LLC | P.O. Box 3218 | Fort Worth | TX | 76113 | USA | msecrest@colonialcre.com |
| 12005 Ford Road | Dallas | TX | 9/1/2015 | 8/31/2020 | Northpointe Centre | 4004 Beltline Road Suite #115 | Addison | TX | 75001 | USA | |
| 8360 Burnham Road & 1231 Lee Trevino Drive | El Paso | TX | 1/1/2018 | 12/31/2022 | Burnham Properties, Ltd. | 4687 N. Mesa | El Paso | TX | 79912 | USA | ptgordon@vistastarinc.com |
| 1488 Lomaland | El Paso | TX | 1/1/2018 | 12/31/2018 | | | | | | | |
| 1861 Valley View Lane | Farmers Branch | TX | 7/13/2011 | 7/12/2021 | Kennington Properties - McCann, Betsy | P. O. Box 192269 | Dallas | TX | 75219 | USA | Betsy@kenningtonproperties.com |
| 1861 Valley View Lane | Farmers Branch | TX | 7/13/2011 | 7/12/2021 | Valley View Land Partnership, Ltd. | 8333 Douglas Avenue, Suite # 1600 | Dallas | TX | 75225 | USA | |
| 2001 Beach Street | Fort Worth | TX | 11/1/2016 | 12/31/2019 | Quality Hill LLC - Hill, Steve | 2501 Parkview Drive | Fort Worth | TX | 76102-5816 | USA | kmoffett@jimfinleyproperties.com |
| 3208 FM 528 | Friendswood | TX | 10/1/2017 | 9/30/2019 | MDDS Properties, LLC | 2500 West Loop South | Houston | TX | 77027 | USA | danny@slsproperties.net |
| 711 E. Airtex Drive | Houston | TX | 5/16/2017 | 5/31/2032 | Alan Keith Avra and Matthew W. Avra | 175 N. Michigan Avenue | Coldwater | MI | 49036 | USA | ak.avra@hotmail.com |
| 6410 McPherson Road | Laredo | TX | 1/1/2011 | 12/31/2020 | Barcelona Investments, LLC | 5904 West Drive Suite #12 | Laredo | TX | 78041 | USA | gsalinas_ggsalinas@sbcglobal.net |
| 1234 Townlake Drive | Laredo | TX | 1/1/2018 | 12/31/2018 | | | | | | | |
| 1234 Townlake Drive | Laredo | TX | 1/1/2018 | 12/31/2018 | | | | | | | |
| 1234 Townlake Drive | Laredo | TX | 1/1/2018 | 12/31/2018 | | | | | | | |
| 1234 Townlake Drive | Laredo | TX | 1/1/2018 | 12/31/2018 | | | | | | | |
| 1234 Townlake Drive | Laredo | TX | 1/1/2018 | 12/31/2018 | | | | | | | |
| 5001-5005 50th Street | Lubbock | TX | 10/9/2012 | 12/31/2027 | James Wayne | 2608 North Laurent Street | Victoria | TX | 77901 | USA | valleygold@sbcglobal.net |
| 1400 East Oakland Avenue | McAllen | TX | 10/8/2018 | 10/31/2028 | Palmer Enterprises, Inc. | 109 E. Toronto, Suite #400 | McAllen | TX | 78503 | USA | cseddon@palmcoinc.com |
| 6441 NW Loop 410 | San Antonio | TX | 1/1/2019 | 6/30/2021 | FTRU San Antonio, LLC, c/o GS Management Company | 5674 Sonoma Drive | Pleasanton | CA | 94566 | USA | lbugawan@gsmanagement.com |
| 6441 NW Loop 410 | San Antonio | TX | 8/1/2018 | 1/31/2019 | Virginia College, LLC | d/b/a All Better Clinic, LLC 6441 NW Loop 410, Suite 116 | San Antonio | TX | 78238 | USA | |
| 7142 San Pedro Avenue | San Antonio | TX | 2/21/2005 | 3/31/2020 | San Pedro Towne Center LLC - Hicks, Anjanette | c/o Transwestern 9122 Datapoint Drive Suite #820 | San Antonio | TX | 78229 | USA | Anjanette.Hicks@transwestern.com |
| 2930 FM 528 Road | Webster | TX | 1/1/2018 | 12/31/2018 | | | | | | | |
| 2930FM 528 Road | Webster | TX | 1/1/2018 | 12/31/2018 | | | | | | | |
| 2930 FM 528 Road | Webster | TX | 1/1/2018 | 12/31/2018 | | | | | | | |
| 7200 Midlothian Turnpike | Richmond | VA | 1/18/2011 | 1/31/2026 | BSF Richmond, L.P. | PO Box 5160 | Glen Allen | VA | 23058-5160 | USA | |