FILED
2018 Oct-16 AM 11:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 4

# EDUCATION CORPORATION OF AMERICA AND SUBSIDIARIES

**CIVIL COMPLAINTS AND ARBITRATION PROCEEDINGS - OPEN**

| Litigation Name | Location | Action Type | Action/File # | Date Action Initiated or Complaint Filed | Plaintiff Name and Status | Allegations | Plaintiff Counsel | Current Action |
|---|---|---|---|---|---|---|---|---|
| D and L Properties v. Virginia College, LLC | Circuit Court of Shelby County, Alabama | Civil Action Complaint | CV-2012-900541.00 | 6/12/2012 | D and L Properties; Former Landlord | Breach of Contract | Tamera Erkine; Smith Spires & Peddy PC; 2015 Second Avenue North, Suite 200; Birmingham, AL 35203; (205) 251-5885 | Case Reassigned to Judge Bostick for Ruling on the Pending Motion to Reconsider; Plantiffs Response to MSJ was filed on 04/12/18; Reply to MSJ filed on 04/17/18 |
| Desert Community College District, v. YTC Investments, LLC, et al. | Superior Court of California, County of Riverside, Palm Springs Division | Civil Action Complaint | PSC1605021 | 10/4/2016 | Desert Community College District; Commercial Litigant | Eminent Domain | James B. Gilpin & Whitney R. Blackhurst; Best, Best & Krieger, LLP; 655 West Broadway, 15th Floor; San Diego, CA 92101; (619) 525-1300 | Plaintiff Settled with YTC (Landlord); Mediation Scheduled for 10/15/18. |
| Miller, Pamala v. Virginia College, LLC | Superior Court of the State of California, County of Alameda | Civil Action Complaint / PAGA | RG17857642 | 2/6/2017 | Pamala Miller; Former Employee | Failure to Pay Wages; Failure to Provide Accurate Wage Statements; Failure to Reimburse Incurred Business Expenses | Julian Hammond; Hammond Law, P.C.; 1829 Reisterstown Rd., Suite 410; Baltimore, MD 21208; (310) 601-6766 | Complaint Filed 4/21/17; Mediation Attempted for 11/17/17 but Failed; Complaint Served 11/20/17; MTC Was Denied. VC Has Appealed, Case Is Stayed Pending the Appeal Ruling |
| Walker, Karen v. Brightwood College and ECA | United States District Court for the Northern District of Texas, Dallas Division | Civil Action Complaint | 3:17-cv-01791-K | 7/9/2017 | Karen Walker; Former Employee | Race Discrimination | Daylen K. Gallman; 1402 Kings Highway; Dallas, TX 75208; (214) 478-0501 | Motion to Compel Arbitration Filed 11/22/17; MTC Granted and Case Dismissed 1/3/18; Waiting for Plaintiff to Initiate Arbitration Proceeding |

# EDUCATION CORPORATION OF AMERICA AND SUBSIDIARIES

### CIVIL COMPLAINTS AND ARBITRATION PROCEEDINGS - OPEN

| Litigation Name | Location | Action Type | Action/File # | Date Action Initiated or Complaint Filed | Plaintiff Name and Status | Allegations | Plaintiff Counsel | Current Action |
|---|---|---|---|---|---|---|---|---|
| Comelli, Quenan Ortega v. Brightwood College and Jamie Poweska | ADR Services, Inc. | Arbitration | Case No. 18-0150-JZ | 11/13/2017 | Quenan Ortega Comelli; Former Student | Sexual Assault, Sexual Battery, Violation of Unruh Civil Rights Act, Negligent Hiring/Supervision, Intentional Infliction of Emotional Distress, and Negligence | Jay S. Rothman; Jay S. Rothman & Associates; 21900 Burbank Blvd., Suite 210; Woodland Hills, CA 91367; (818) 986-7870 | Plaintiff Agreed to Arbitration; Proceedings Underway |
| Heath, Windy v, Virginia College, et al. | United States District Court for the Eastern District of Tennessee | Civil Action Complaint | 3:17-cv-366 | 8/18/2017 | Windy Heath; Former Student | Battery by Christine Adams; Intentional Infliction of Emotional Distress by Christine Adams; Invasion of Plaintiff's Right to Privacy; Violation of Plaintiff's Right Under ADA; and Intentional, Malicious and Reckless Breach of Contract. | Troy L. Bowlin, II/ The Bowlin Law Firm, PC | MTC Arbitration and Dismissing Case Granted on 09/25/18; Waiting for Plaintiff to Initiate Arbitration Proceeding |
| Isbell, Andrew v. Virginia College, LLC and Education Corporation of America | American Arbitration Association | Arbitration | AAA Case No. 01-18-0002-9082 | 7/31/2018 | Andrew Isbell; Former Student | Fraud, Deceit, Negligence, and Wantonness | W. Whitney Seals; Cochrun & Seals, LLC; P.O. Box 10448, Birmingham, AL 35202; (205) 323-3900 | Complaint Filed in Circuit Court of Jefferson County (Alabama) 11/3/17; Motion to Compel Arbitration Filed on 12/18/2017; Order Compelling Matter to Arbitration and Dismissing from Court Docket Entered on 5/29/18; Answer to Complaint in Arbitration Filed 9/17/18 |
| Mobley, Damien v. Education Corporation of America d/b/a Virginia College, LLC | County Court for Escambia County, Florida | Civil Action Complaint | 2017-cc-004014 | 11/10/2017 | Damien Mobley; Former Student | Negligence | Theodore J. Berman; The Law Offices of Berman & Berman, P.A.; Post Office Box 272789, Boca Raton, FL 33427; (561) 826-5200 | Matter has been Compelled to Arbitration. Waiting on the Plaintiff to Initiate Proceedings |

# EDUCATION CORPORATION OF AMERICA AND SUBSIDIARIES

### CIVIL COMPLAINTS AND ARBITRATION PROCEEDINGS - OPEN

| Litigation Name | Location | Action Type | Action/File # | Date Action Initiated or Complaint Filed | Plaintiff Name and Status | Allegations | Plaintiff Counsel | Current Action |
|---|---|---|---|---|---|---|---|---|
| Burns, Victoria v. Brightwood College and Melissa Curry | In the Court of Common Pleas, Montgomery County, OH | Civil Action Complaint | 2018-cv-02048 | 5/11/2018 | Potential Employee | Defamation, Tortious Interference w/Business Relationships, and Intentional Infliction of Emotional Distress | Natalie F. Grubb; Grubb & Associates, LPA; 437 W. Lafayette Road, Suite 260-A, Medina, OH  44256; (330) 725-7252 | Motion to Dismiss Filed on 06/11/2018; MTD Overruled on 08/28/18 |
| Scarbrough, Ami v. Education Corporation of America | Northern District of Alabama, Southern Division | Civil Action Complaint | 2:18-cv-00738-SGC | 5/15/2018 | Ami Scarbrough - Former Employee | FMLA Interference & FMLA Retaliation | Allen Arnold, Kira Fonteneau, and Angelica Rose Agee; Fonteneau & Arnold, LLC; 2151 Highland Avenue S., Suite 205, Birmingham, AL  35205; (205) 252-1550 | Motion to Compel Arbitration filed on 06/11/2018; MTC Granted on 08/08/18; Waiting for Plaintiff to Initiate Arbitration |
| Smith, Caitlin Diane v. Virginia College of Montgomery, et al. | American Arbitration Association - Montgomery, AL Office | Arbitration | AAA Case No. 01-18-0001-5495 | 5/18/2018 | Caitlin Smith - Former Student | Breach of Contract, Educational Malpractice-Educational Negligence, Fraud, Conversion, Breach of Duty of Good Faith/Fair Dealing, Negligence, Promissory Estoppel, and Violation of the ADA | Richard B. White;Vickers & White, PLLC; 428 South Lawrence Street, Montgomery, AL  36111; (334) 269-1192 | Answer to Complaint Filed with AAA on 06/26/2018 |
| Oyekan, Julius v. Education Corp of America | U.S. District Court for the District of South Carolina, Florence Division | Civil Action Complaint | 2018-CP-211379 | 0/5/24/2018 | Julius Oyekan - Former Employee | Sex Discrimination, Retaliation, and Defamation | J. Lewis Cromer/Elizabeth M. Bowen; Cromer, Babb, Porter & Hicks, LLC; 1418 Laurel Street, Suite A, Columbia, SC  29201 | VC Removed Case from Court of Common Pleas, County of Florence (SC); Motion to Compel Arbitration Filed on 06/29/2018 |
| Ransaw, Damarius v. Virginia College, LLC, et al. | Superior Court of the State of California, County of San Diego Central Division | Civil Action Complaint | 37-2018-00016019 | 6/18/2018 | Damarius Ransaw - Former Employee | Failure to Pay Overtime; Failure to Provide Meal Periods; Failure to Provide Rest Periods; Failure to Provide and Maintain Compliant Wage Statements; Violation of Labor Code 2810.5; Violation of Labor Code 2802; Violation of Labor Code Section 204; Violation of Labor Code Section 201-203; and Unfair Competition | Douglas E. Geyman; The Law Offices of Douglas Geyman; 750 B. Street, Suite 2870, San Diego, CA  92101; (619) 232-3533 | MTC to Arbitration Filed on 10/04/2018 |

# EDUCATION CORPORATION OF AMERICA AND SUBSIDIARIES

**CIVIL COMPLAINTS AND ARBITRATION PROCEEDINGS - OPEN**

| Litigation Name | Location | Action Type | Action/File # | Date Action Initiated or Complaint Filed | Plaintiff Name and Status | Allegations | Plaintiff Counsel | Current Action |
|---|---|---|---|---|---|---|---|---|
| CMS EDU II Spartanburg, L.P. v. Virginia College, et al. | In the Court of Common Pleas, For the Seventh Judicial Circuit; County of Spartanburg (SC) | Civil Action Complaint | 2018-CP-42-03268 | 9/20/2018 | CMS EDU II Spartanburg, LP - Landlord | Breach of Lease; Breach of the Guaranty; Unjust Enrichment; Promissory Estoppel; Anticipatory Repudiation/Breach | Allison H. Rogers; Thomerson Freeman & Rogers, PC; Post Office Box 473, Greenville, SC  29602; (864) 991-8329 | Formulating Strategy |
| American AutoWash, LLC v. Virginia College, LLC | In the District Court of Oklahoma County, State of Oklahoma | Civil Action Complaint | CJ-2018-65351 | 9/28/2018 | American AutoWash, LLC - Tulsa Landlord | Breach of Contract; Guaranty of Lease Agreement | Curtis J. Thomas; McAfee & Taft A Professional Corporation; 10th Floor, Two Leadership Square, 211 North Robinson, Oklahoma City, OK  73102; (405) 235-9621 | Formulating Strategy |
| American AutoWash, LLC v. Virginia College, LLC | In the District Court of Tulsa County, State of Oklahoma | Civil Action Complaint | CJ-2018-3939 | 9/25/2018 | American AutoWash, LLC - Tulsa Landlord | Petition for Forcible Entry and Detainer | Curtis J. Thomas; McAfee & Taft A Professional Corporation; 10th Floor, Two Leadership Square, 211 North Robinson, Oklahoma City, OK  73102; (405) 235-9621 | Formulating Strategy |
| 15350/15400 Sherman Reverse, LLC v. Virginia College | Superior Court of the State of California, For the County of Los Angeles, Van Nuys Courthouse East | Civil Action Complaint | LC107848 | 9/26/2018 | 15350/15400 Sherman Reverse, LLC - Van Nuys Landlord | Cause of Action for Unlawful Detainer | Ryan T. Waggoner; Allen Matkins Leck Gamble Mallory & Natsis, LLP; 865 South Figueroa Street, Suite 2800, Los Angeles, CA  90017; (213) 622-5555 | Dismissed w/o Prejudice |
| CEVD Holdings, LLC v. Virginia College, LLC | County Court for Seminole County, Florida | Civil Action Complaint | Filing #78893010 | 10/4/2018 | CEVD Holdings, LLC | Complaint for Eviction | James A. Bombulie, AKERMAN LLP, 98.S.E. 7th Street, Suite 1100, Miami, FL 33131 | Formulating Strategy |

# EDUCATION CORPORATION OF AMERICA AND SUBSIDIARIES

**CIVIL COMPLAINTS AND ARBITRATION PROCEEDINGS - OPEN**

| Litigation Name | Location | Action Type | Action/File # | Date Action Initiated or Complaint Filed | Plaintiff Name and Status | Allegations | Plaintiff Counsel | Current Action |
|---|---|---|---|---|---|---|---|---|
| CMS EDU II Huntsville, L.P. v. Virginia College, Education Corporation of America | Circuit Court of Madison County, Alabama | Civil Action Complaint | 47-CV-2018-901955.00 | 10/10/2018 | CMS EDU II Huntsville, LP - Landlord | Breach of Contract, Breach of Guaranty, Unlawful Detainer, | Lauren a. Smith, Lanier Ford, 2101 West Clinton, Avenue, Suite 102, Hunstville, AL 35805 | Formulating Strategy |

| Litigation Name | Location | Action Type | Action/File # | Complaint Filed | Plaintiff Name and Status | Allegations | Plaintiff Counsel | Notice to Insurance | Current Action | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| Aiken, Laura | Corporate | Civil Action Complaint | 58-cv-2014-900230.00 | 2/27/2014 | Former Employee | Worker's Comp | | 2/28/2014 | Settlement Agreement (11-03-16);Closed | Closed |
| Ables, Penny, et al | Jackson;US District Court for the Southern District of Mississippi, Jackson Division; Judge Henry T. Wingate | Civil Action Complaint | CV-251-12-354-CIV | 5/4/2012 | Former Students | Misrepresentation, Fraud, Breach of Contract, Conversion, Unjust Enrichment, Civil Conspiracy | | 7/24/2012 | Release and Agreement (3-04-13); **Closed** | Closed |
| Al State Board of Pharmacy v. VC, et al | Circuit Court of Jefferson County, AL | Civil Action Complaint | 01-CV-2016-903492.00 | 9/22/2016 | State Board | Violation of the Alabama Pharmacy Practice Act | | N/A | Settlement Agreement (12-28-16); Closed | Closed |
| Ali, Raheem | Online | Civil Action Complaint | CV-11-BE-2743-M | 8/1/2011 | Former Employee | Racial, Religious, & Age Discrimination, Retaliation | | 2/19/2011 | Motion for Summary Judgment Granted | Closed |
| Anderson, Tiffeny, et al. | Jackson; US District Court, Southern District of Mississippi, Jackson Division; Judge Tom S. Lee | Civil Action Complaint | 3:12-cv-503-TSL-MTP | 7/18/2012 | Former Students | Misrepresentation, Breach of Contract, Fraud | | 10/19/2012 | Release and Agreement (03-10-13); **Closed** | Closed |
| Archie, Brittney, et al (Jackson LPN Students) | Jackson | Civil Action Complaint | 251-11-15 CIV | 1/6/2011 | Current Students | Negligence, Fraud, Breach of Duty, Conversion | | 1/14/2011 | Order Granting Motion to Compel; Appeal Filed by Plaintiff's Attorney | Closed |
| Ashton, Brian | United States District Court for the District of | Non Filed | N/A | N/A | Former Employee | Violation of Family Medical Leave Act | | 2/8/2017 | Settlement Agreement (05-03-17); **Closed** | Closed |
| Austin, Stephanie | AAA Arbitration | Arbitration | 69-434-E-00211-13 | 12/18/2013 | Former Student | Fraud | | 8/29/2012 | Settlement Agreement (07-19-14); Closed | Closed |
| Banks, Raven | Palisades | Civil Action Complaint | CV-2010-90492.00 | 11/15/2010 | Former Student | Negligence, Fraud, Breach of Contract, Conversion | | None | Order Granting Dismissal | Closed |
| Bell, Jerri | Jackson | Civil Action Complaint | 251-11-513CIV | 6/15/2011 | Current Student | Negligence, Fraud, Breach of Contract, Conversion | | 6/18/2011 | Joint Stipulation of Dismissal w/Prejudice Filed on 05/18/12 | Closed |
| Blackmon, Cordero, et al. | Jackson;Circuit Court of the First Judicial District of Hinds County, Mississippi; Judge Tomie T. Green | Civil Action Complaint | 251-11-954 CIV | 10/27/2011 | Former Students | Misrepresentation, Breach of Contract, Fraud, Conversion, Unjust Enrichment | | 11/7/2011 | Settlement Agreement; **Closed** | Closed |
| Blow, Donnetta | Huntsville; US District Court for the Northern Division of Alabama, Northesastern Division | Civil Action Complaint | 5:12-cv-03657-CLS | 10/19/2012 | Former Employee | Race & Retaliation | | 7/26/2011 | MSJ Granted; Plaintiff Appealed and Court ruled in favor of MSJ; **Closed** | Closed |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Bradford, Sonia | State of South Carolina, County of Greenville, In the Court of Common Pleas | Civil Action Complaint | 2014-CP-23-03813 | 7/11/2014 | Former Employee | Wrongful Termination and Intentional Infliction of Emotional Distress | | 9/11/2014 | Settlement Agreement (12-30-14); **Closed** | Closed |
| Bryant, Robert (LPN) | Jackson | Civil Action Complaint | G2011-857 O/3 | 5/10/2011 | Former Student | Preliminary Injunction and Restraining Order | | 5/25/2011 | Order Granting Dismissal | Closed |
| Burgess, Judith | Pensacola | BBB Compliant | # 19027360 | 2/21/2011 | Current Student | Financial Aid Dispute | | None | Charge Dismissed; **Closed** | Closed |
| Cardoso, Rose | N/A | Non Filed | N/A | N/A | Former Employee | Lawyers for Workplace Fairness APC | | N/A | Settlement Agreement (04-28-17); **Closed** | Closed |
| Cowans, Latressa | Jackson | Arbitration Filing | 30 420 00566 12 | 9/21/2012 | Former Student | | | 9/26/2012 | Release and Agreement (3-05-13); **Closed** | Closed |
| Crawford, Jasmine | Jackson; County Court of the First Judicial District of Hinds County, Mississippi | Civil Action Complaint | 251-13-251 COV | 1/21/2013 | Former Student | Fraud in the Inducment of the Contract; Negligence; Negligent Hiring, Retention, Supervision, and/or Control; Gross Negligence; Negligence Per Se; Fradulent Inducment As To The Arbitration Provision; Trespass to Chattels; Breach of Contract; Breach of Fiduciary Duty; Breach of the Implied Covenants of Good Faith and Fair Dealings; Conversion | | 1/25/2013 | Release and Agreement (3-11-13); **Closed** | Closed |
| Crum, Taneka (Ortho Tech Student) | Mobile; Circuit Court of Mobile County, AL | Civil Action Complaint | 02-CV-2011-901837.00 | 8/18/2011 | Former Student | Misrepresentation, Fraud, Promissory Fraud | | 8/29/2011 | Settlement Agreement reached during Mediation (04-22-13); Closed | Closed |
| Daniel, Kimberly | Huntsville | Civil Action Complaint | CV-2012-000077.00 | 1/25/2012 | Former Employee | Retaliation | | 2/29/2012 | Order Granting Motion for Summary Judgement. Case **Closed** | Closed |
| Daniels, Natifracuria | AAA Arbitration | Arbitration | 69-434-E-00123-13 | 7/19/2013 | Former Student | Fraud | | 8/9/2011 | Claims Denied by Arbitration. MTC (Motion to Confirm) filed | Closed |

| Name | Court | Type | Case No. | Date Filed | Claimant | Claims | Pro Se | Date Served | Status | Closed |
|---|---|---|---|---|---|---|---|---|---|---|
| Diversity Busniess Exchange, et al. | Circuit Court of Montgomery County, AL | Civil Action Complaint | CV-2012-901244.00 | 9/21/2012 | | Breach of Contract; Breach of Duty of Good Faith and Fair Dealing; Fraud; Fraudulent Inducement; Supression | | 10/1/2012 | Settlement Reach/Case Dismissed, **Closed** | Closed |
| Dixon, Shanlundia, et al (Mobile Orthopedic Students) | Mobile; Circuit Court of Mobile County, AL | Civil Action Complaint | CV-11-195 | 2/22/2011 | Former Students | Fraud | | 3/10/2011 | Settlement Agreement (08-15-13); **Closed** | Closed |
| Dreyfus, Stephen | State of South Carolina, County of Spartanburg | Civil Action Complaint | 2015-cv-4210103052 | 4/24/2015 | Former Employee | Breach of Contract | | N/A | Settlement Agreement (06-01-15); **Closed** | Closed |
| ECA, et al. v. Global Financial Aid Services | In the United States District Court for the Southern District of Mississippi, Southern Division | Civil Action Complaint | 1:141:14-cv-00189-LG-JMR | 4/30/2014 | Services Title IV Funding for VC | Negligence, Breach of Contract, & Recovery of Attorney's Fees for Breach of Contract | | 4/30/2014 | Settlement Agreement (05-18-15); **Closed** | Closed |
| Edhegard, Alan | Mobile | Civil Action Complaint | CV-2010-584 | 4/15/2010 | Former Employee | Negligence, Fraud, Breach of Contract | | 5/13/2010 | Settlement Agreement reached by Insurance Company; **Closed** | Closed |
| Edwards, Johnnie | B'Ham Online; US District Court for the Northern District of Alabama, Southern Division | Civil Action Complaint | CV-2:13-cv-01945-KOB | 10/21/2013 | Former Employee | Age Discrimination in Violation of the ADEA | | 10/24/2013 | MSJ Granted; Calendar for 30 days to see if Plaintiff files an Appeal; Claimant never filed an appeal | Closed |
| Favor, Chandrea | Montgomery | Litigation Complaint | No. 173774 | 3/10/2010 | Former Employee | Discrimination: Race | | 4/13/2010 | Release Agreement (9/9/10); **Closed** | Closed |
| Finch, Melissa | In the District Court of Tulsa County State of Oklahoma | Civil Action Complaint | CJ-2014-00305 | 1/24/2014 | Employee | Negligence | | 11/18/2013 | Case Settled ( 08-07-15); **Closed** | Closed |
| Fitzhenry, Mark | In the United States District Court for the District of South Carolina | Civil Action Complaint | 2:14-cv-04782-DCN | 12/18/2014 | Commercial Litigant | Violation of The Telephone Consumer Protection Act & Knowing and/or Willful Violations of the Telephone Consumer Protection Act | | 12/18/2014 | Settlement Agreement (12-14-15); **Closed** | Closed |
| Fraleigh, Kerri | AAA Arbitration | Arbitration | N/A | 1/15/2014 | Former Student | Fraud | | 8/29/2012 | Settlement Agreement (07-19-14); Closed | Closed |
| Gertz, Devorah v. TESST-KAP, LLC | District Court of Maryland | Civil Action Complaint | CV-12196-2016 | 5/25/2016 | Devorah Gertz; Former Student | False Advertising and Fraud | Pro Se | N/A | Motion to Dismiss Granted by Court on 9/8/17. | Closed |

| Name | Court | Type | Case No. | Date Filed | Status | Claims | | Date | Disposition | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| Grantham, Charity | Jackson; County Court of the First Judicial District of Hinds County, Mississippi | Civil Action Complaint | CV-2013-53 | 1/4/2013 | Former Student | Fraud in the Inducment of the Contract; Negligence; Negligent Hiring, Retention, Supervision, and/or Control; Gross Negligence; Negligence Per Se; Fradulent Inducment As To The Arbitration Provision; Trespass to Chattels; Breach of Contract; Breach of Fiduciary Duty; Breach of the Implied Covenants of Good Faith and Fair Dealings; Conversion | | 1/7/2013 | Release and Agreement (3-06-13); **Closed** | Closed |
| Hayes, Lakeshia | AAA Arbitration | Arbitration | 69-434-E-00138-13 | 8/8/2013 | Former Student | Fraud | | 8/29/2012 | Directed Verdict Granted (04/01/14); **Closed** | Closed |
| Hughes, Shirley | Chattanooga;In the General Sessions Court of Hamilton County, TN | Civil Action Complaint | 12 GS 2986 | 4/8/2013 | Former Student | Discrimination; Breach of Contract; Violation of Policies; Lost Time; Child Care; and Neglect | | 4/8/2013 | Motion to Dismiss Granted (09-16-13); **Closed** | Closed |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Hillman, Donna v. Kaplan Higher Education, LLC., et al | Superior Court for the State of California, County of Alameda | Civil Action Complaint | RG-16833417 | 9/30/2016 | Former Employee | Failure to Pay Minimun Wage, Failure to Pay All Wages Due Every Pay Period, Failure to Authorize and Permit Paid Rest Period and Pay Missed Rest Break Premiums, Failure to Provide Off Duty Meal Periods and Pay Missed Meal Period Premiums, Waiting Time Penalities, Failure to Reimburse for Business-Related Cellphone Expenses, and Unfair, Unlawful, or Fradulent Business Practices | | 10/14/2016 | Case Dismissed w/o Prejudice on 02/08/17 | Closed |
| Jackson, Venus | AAA Arbitration | Arbitration | 69-434-E-00151-13 | 9/5/2013 | Former Student | Fraud | | 8/29/2012 | Settlement Agreement (07-19-14); Closed | Closed |
| Jackson, Mtisha | Southern District of Mississippi | Civil Action Complaint | 3:15-cv-00150-TSL-RHW | 2/27/2015 | Former Student | Student contends that she completed the necessary hours to acquire a graduate certificate; however, she never received graduate certificate or financial aid. | | N/A | Case Dismissed on 03/31/15 | Closed |
| Jimenez, Nancy | AAA Arbitration | Arbitration | 69-434-E-00141-13 | 8/23/2013 | Former Student | Fraud | | 8/29/2012 | Settlement Agreement (07-19-14); Closed | Closed |
| Jerrold-Jones, Charee | N/A | Demand Letter and Potential Litigation | N/A | 12/22/2017 Demand Letter | Charee Jerrold-Jones - Active Employee | Demand for Back Pay and Other Compensation Owed under California Labor | Michelle B. Baker; Baker Law Group, LLP; 6363 Greenwich Dr., Suite 140, | 2/16/2018 | Settlement Agreement (05-04-18); Closed | Closed |
| Johnson, Regina | Jackson; County Court of Hinds County, Mississippi, First Judicial District | Civil Action Complaint | CV-12-2631 | 6/25/2012 | Cosmo Client | Negligence | | 7/24/2012 | Release and Agreement (04-05-13); **Closed** | Closed |
| Johnson, Stephanie | AAA Arbitration | Arbitration | 69-434-E-00017-14 | 1/15/2014 | Former Student | Fraud | | 8/29/2012 | Settlement Agreement (07-19-14); Closed | Closed |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Kelley, Elbony | B'Ham Tutwiler;District Court of Jefferson County, AL | Civil Action Complaint | 01-DV-2013-902191.00 | 5/2/2013 | Customer | Negligence | | 5/2/2013 | Release and Agreement (08-05-13); **Closed** | Closed |
| King, Jarita Frazier | AAA Arbitration | Arbitration | 69-434-E-00156-13 | 9/16/2013 | Former Student | Fraud | | 8/29/2012 | Settlement Agreement (07-19-14); Closed | Closed |
| Knight, Bobbie | Jackson | Demand Letter | Claim:593-503047 | 1/14/10 | Student | Injury (Slip and Fall) | | 7/15/2010 | Great American Attempting Resloved Claim (4/18/11) | Closed |
| Landconstructors, Inc. | The District Court of Dallas County, TX | Civil Action Complaint | 12-09770 | 8/29/2012 | Contractors | Foreclosure of Statutory Lien; Quantum Meruit; Breach of Contract; Violation of Trust Fund Statute; | | Unk | Release and Agreement (06-20-13); **Closed** | Closed |
| Lee, Cheryl | Austin | Compliant | N/A | 3/15/2011 | Former Employee | No Definite Allegations | | None | Nothing Came of Complaint (6/20/11); **Closed** | Closed |
| Locke Birmingham, LLC | Palisades | Civil Action Complaint | CV-2010-900396 | 2/5/2010 | Current Landlord | Breach of Contract, Fraud | | None | Settled | Closed |
| Martin, Warren et al (Jackson Attorney) | Jackson;US District Court for the Southern District of Mississippi, Jackson Division; US District Judge Carlton W. Reeves | Civil Action Complaint | 251-11-686-CIV | 8/26/2011 | Attorney | Negligence, Civl Cospiracy, Interference | | 9/23/2011 | Case Settled; However, on 10/26/2012, The Martins filed Motion to Re-Open Case. | Closed |
| Merrill, Brian | Biloxi; Circuit Court of Harrison County, Mississippi | Civil Action Complaint | A2402-13-33 | 3/4/2013 | Massage Therapist Client | Negligence; Negligent Hiring, Rention, Supervison, and/or Control; Gross Negligence; Res Ipsa Loquitur; Negligence Per Se; Respondeat Superior; Agency; Loss of Consortium; Ecomonic Damages; Non-Economic Damages. | | 12/14/2012 | Release and Agreement (07-10-13); **Closed** | Closed |
| Messick, Shane v. Education Corporation of America, et al. | Superior Court of The State of California, County of San Diego | Civil Action Complaint | 37-2016-00041094-CU-BC-CTL | 11/21/2016 | Shane Messick; Former Student | Breach of Contract, Breach of the Implied Covenant of Good Faith and Fair Dealing, | Matthew T. Newbold; The Newbold Law Firm; 2204 Garnet Avenue, Suite 303; San | 11/28/2016 | Settlement Agreement Executed on 09-08-17 | Closed |
| Miller, Qtussie | Mobile | Demand Letter | N/A | 7/13/10 | Former Student | Fraud and Emotional Distress (Certificate of Education Dismissal) | | 11/12/2010 | Settlement Agreement reached during Arbitration | Closed |

| Name | Venue | Type | Case Number | Date | Party | Claim | | Date | Resolution | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| Mississippi Center for Justice; Biloxi Students | Biloxi | Potential Claim; Not Filed | | | Former Students | | | | Settlement Agreement (03-06-13); **Closed** | Closed |
| Morris, Brandi | AAA Arbitration | Arbitration | 69-434-E-00026-14 | 1/21/2014 | Former Student | Fraud | | 8/29/2012 | Settlement Agreement (07-19-14); Closed | Closed |
| Norman, Wayne | In the United States Court for the Northern District of Illinois, Eastern Division | Complaint Not Filed to Date | N/A | 6/15/2015 | Commercial Litigant | Violation of The Telephone Consumer Protection Act & Knowing and/or Willful Violations of the Telephone Consumer Protection Act | | N/A | Settlement Agreement (07-10-15); **Closed** | Closed |
| Readus, Tammie | Birmingham; Circuit Court of Jefferson County, AL | Civil Action Complaint | CV-2013-900559.00 | 2/18/2013 | Former Employee | Race Discrimination, Retaliation | | 10/10/2010 (claim was originally a EEOC Claim) | Dismissed with Prejudice (04-23-13); **Closed** | Closed |
| Reddick, Joanna | Birmingham | Complaint | N/A | 10/1/2010 | Former Employee | Discrimination: Race, Retaliation | | None | Release Agreement (10-28-10); **Closed** | Closed |
| Reynoso, Tracey | AAA Arbitration | Arbitration | N/A | 3/3/2014 | Former Student | Fraud | | 3/7/2014 | Settlement Agreement (07-19-14); Closed | Closed |
| Rhodes, Sheila | AAA Arbitration | Arbitration | 69-434-E-00135-13 | 7/31/2013 | Former Student | Fraud | | 8/29/2012 | Settlement Agreement (07-19-14); Closed | Closed |
| Richardson, Kalilah | Jacksonville | Demand Letter | n/a | 01/16/20013 | Student | Injury | | unk | Release Agreement (02-19-14); **Closed** | Closed |
| Roberts, Maury | AAA Arbitration | Arbitration | 69-434-E-00205-13 | 12/11/2013 | Former Student | Fraud | | 8/29/2012 | Settlement Agreement (07-19-14); Closed | Closed |
| Robertson, Lori | Augusta | Demand Letter | Acct # 1702971 | 1/28/2011 | Former Student | Misrepresentation of Accreditation | | None | Demand Dismissed; **Closed** | Closed |
| Robinson, Latiscal | AAA Arbitration | Arbitration | 69-434-E-00020-14 | 1/15/2014 | Former Student | Fraud | | 8/29/2012 | Settlement Agreement (07-19-14); Closed | Closed |
| Robinson, Sandy | Huntsville | Demand Letter | N/A | 2/16/2011 | Attorney | Violation of TCPA | | None | Dow Lohnes Respone (3/3/11); **Closed** | Closed |
| Robertson, Cathy | United States Distict Court for the Middle District of Florida | Civil Action Complaint | 3:15-cv-625-J-25JB | 5/20/2015 | Commercial Litigant | Violation of The Telephone Consumer Protection Act | | 6/10/2015 | Plaintiff Filed Motion to Dismiss; Order Dismissing Claim was filed on 03-10-16 | Closed |
| Rodriguez, Francisco | Macon; Magistrate Court of Bibb County | Civil Action Complaint | 13083854-S-00 | 7/16/2013 | Former Student | Denied from Finishing Education; Money Spent on Shoe, Clothing, Notebook, etc.; Mental Pain and Augish | | N/A | Settlement Agreement (11-24-14); **Closed** | Closed |
| Rosian, Kala | Mobile; Circuit Court of Mobile County, AL | Civil Action Complaint | 02-CV-2011-901964.00 | 9/7/2011 | Former Student | Misrepresentation, Fraud, Promissory Fraud | | 9/16/2011 | Settlement Agreement reached during Mediation (04-22-13); **Closed** | Closed |
| Rush, John | In the United States District Court for the Eastern District of Michigan | Civil Action Complaint | 2:16-cv-14126-VAR-EAS | 11/18/2016 | Former Student | Defamation of Character and Gross Negligence | | 12/1/2016 | Case Dismissed on 12/05/16 | Closed |
| Slaughter, Cladise | Birmingham Online | Civil Action Complaint | 2:10-CV-00380-WMA | 2/22/2010 | Former Employee | Discrimination: FMLA (Disability) | | 2/15/2010 | Dismissed without Prejudice (5-4-10); **Closed** | Closed |
| Stokes, Yolanda | Birmingham | Complaint/ Claim | Claim Number: 005-10-735076 | 4/12/2010 | Current Employee | Injury (Hot Stone Burns) | | 5/14/2010 | Release Agreement (5-20-10); **Closed** | Closed |

| Name | Court/Location | Type | Case No. | Date | Party | Claims | Counsel | Date 2 | Status | Disposition |
|---|---|---|---|---|---|---|---|---|---|---|
| Stoute, Randy | Columbia, SC | Demand Letter | N/A | 11/10/2010 | Former Employee | Refusal of FMLA Compensation | | None | Release and Agreement (2-10-11); **Closed** | Closed |
| Spahn, Melissa | Eighth Judicial District Court, Clark County, NV | Civil Action Complaint | A-16-739256-C | 6/29/2016 | Andrew R. Muehlbauer/ Muehlbauer Law Office, LTD. | Professional Negliegence/General Negligence | | | Preparing Strategy | Handled by Travelers |
| Tardy, Kimberly | Jackson | Arbitration Filing | 30 420 00548 12 | 9/21/2012 | Former Student | | | 9/26/2012 | Released and Agreement (03-11-13); **Closed** | Closed |
| Tyus, Brittney | In the United States District Court for the Middle District of Alabama, Northern Division | Civil Action Complaint | 2:15-cv-00211-WKW | 3/31/2015 | Current Student | Violation of Title IX | | 4/8/2015 | Settlement Reach (11/23/15); **Closed** | Closed |
| Udo, Peter v. Education Corporation of America | General Court of Justice, Superior Court Division, Guilford County, NC | Civil Action Complaint | 17-cvs-7977 | 9/22/2017 | Peter Udo; Former Employee | Discrimination based on Sex and National Origin | Smith,James, Rowlett & Cohen, LLP; 101 S Elm Street, Suite 310; Greensboro, NC 27401; (336) 274- | 7/31/2017 | First EEOC Charge; Dismissed w/o Prejudice; Scheduling Mediation in Conjunction with Second EEOC Charge; Settlement Agreement (01/04/18); | Closed |
| Virginia College v. Martins | Jackson;US District Court for the Southern District of Mississippi Jackson Division; US District Judge Daniel P. Jordan III | Civil Action Complaint | 3:11-cv-682-HTW-LRA | 11/4/2011 | School | Defamation, Intentional Interference w/Contractual Relationships, Malicious Prosecution, Abuse of Process | | 6/28/2012 | Settlement Agreement; Closed | Closed |
| Washington, Lakeisha | 26th Judicial District Court, Parish of Bossier, LA | Civil Action Complaint | C148107 | 9/15/2015 | Former Student | Personal Injury | | 9/30/2015 | Claim Settled Pd by Insurance Co; MTD Filed on 02/04/16 | Closed |
| Webb, Darrel v. VC | Birmingham; US District Court for the Northern Disttrict of Alabama, Southern Division | Civil Action Complaint | 2:13 - cv-00342-AKK | 2/20/2013 | Former Employee | Discrimination Based Upon Race in Violation of Title VII; Discrimination Based Upon Race in Vioioation of 42 U.S.C.§1981 and 1981 (a); Retaliation in Violation of Title VII; Retaliation in Violation of 42 U.S.C.§ 1981 and 1981 (a); Negligent and/or Reckless Hiring, Supervision, Training, and Retention | | 5/16/2012 | lease and Agreement (09-26- | Closed |
| White, Jessica | Mobile | Demand Letter | N/A | 1/7/2014 | Former Student | Misrepresentation, Fraud, Promissory Fraud | | 5/6/2014 | Release and Agreement (05- | Closed |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Whittington, Carolyn Rena | Montgomery Campus;Circuit Court of Montgomery County, AL; Circuit Judge William A. Shashy | Civil Action Complaint | CV-2012-901707.00 | 12/19/2012 | Former Employee | Negligence, Wantonness, Wrongful Conduct | | 1/7/2013 | Dismissed with Prejudice (02-18-13); **Closed** | Closed |
| Williams, Mildred | United States District Court for the Middle District of Alabama, Northern Division | Civil Action Complaint | 2:14-cv-00944-WC | 9/9/2014 | Former Student | Violation of Title III of ADA & Vsection 504 of the Rehabilitation Act | | 9/15/2014 | Settlement Reached (11-19-15); **Closed** | Closed |
| Smith, Brenda & Vickie Williams | United States District Court for the Middle District of Alabama | Civil Action Complaint | 2:13-cv-00547-WHA-CSC | 7/31/2013 | Former Employees | Qui Tam Complaint | | 7/16/2014 | Settled Claim with Vickie Williams (11/23/15); Settlement Agreement with Smith (01-14-16); **Closed** | Closed |
| Watson, Christina, et al. v. Virginia College, LLC, et al. | Circuit Court, Fourth Judicial Circuit, In and For Duval County, FL | Civil Action Complaint | 16-2016-CA-000174 | 1/15/2016 | Christina Watson and William Watson, Sr.; Commercial Litigants | Medical Malpractice | Costantino; Costantino Law Firm, P.A.; 6 East Bay Street, Suite | 8/25/2015 | Settlement Agreement (11-20-17); **Closed** | Closed |
| Wilson, Angelica | AAA Arbitration | Arbitration | 69-434-E-00019-14 | 1/16/2014 | Former Student | Fraud | | 8/29/2012 | Settlement Agreement (07-19-14); **Closed** | Closed |
| VC v. SSF Savannah, et al. | In the United States District Court for the Southern District of Georgia, Savannah Division | Civil Action Complaint | 4:15-cv-00010-BAE-GRS | 1/14/2015 | Pole Position Raceway | Injuctive Relief, Breach of Contract (VC and Pole Position Leases); and Nuisance | | N/A | Settlement Agreement (03-16-15); **Closed** | Closed |
| U.S. ex rel Abbott-Gilbert, Megan v. Virginia College, LLC | United States District Court for the Northern District of Alabama, Southern Division | Civil Action Complaint/FCA | 2:15-cv-00336-JHE | 2/24/2015 | Megan Abbott-Gilbert; Former Employee | Complaint Alleging Falsified Attendance and Grade Records, Incentive Compensation Payments to Recruiters, False Statements to an Accrediting Agency, False | James R. Moncus, III; Hare, Wynn, Newell & Newton, LLP; 2025 Third Avenue North, 8th Floor; Birmingham, AL 35203; (205) 328-5330 | N/A | Judge Partially Granted and Partially Denied MTD on 3/29/2018. Parties filed Joint Motion to Stay on 04/10/18 pending an effort to mediate the remaining employment claims on 6/20/18. Settlement Agreement (06-20-18); Closed | Closed |
| Grewal, Meera v. Education Corporation of America, et al. | Superior Court of the State of California, County of Sacramento | Civil Action Complaint/PAGA | 34-2016-00201226 | 9/30/2016 | Meera Grewal; Former Employee | Disscrimination, FEHA Sex Harassment, Failure to Prevent FEHA Discrimination and Harassment, FEHA Retaliation, | Gary R. Basham and Nathan T. Jackson; Basham Law Group; 8801 Folsom Blvd., Suite 177; Sacramento, CA 95812; (916) 993-4840 | 10/3/2016 | Settlement Agreement (08/24/18); Closed | Closed |

| Case | Court | Type | Case No | Date | Party | Claims | Representation | Filed | Status Notes | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| McCurdy, Carol v. Virginia College, LLC | US Court of Appeals for the Eleventh Circuit | Civil Action Complaint | AAA Case No: 01-16-0002-8143; District Court Case No: 3:17-cv-00562-TJC-JBT; Appeal No: 18-12582-JJ | 8/20/2015 | Former Student | Breach of Contract/Fraud-Misrepresentation Causing Pain, Suffering, Anxiety, Depression, Anguish, and Emotional Distress; Unlawful Discrimination of race, color, relision, gender and/or pregnancy | No Representation | Not Filed | Arbitrator Award in favor of VC on 05/04/17; District Court Affirmed Award and Dismissed Case on 05/29/18; McCurdy filed Notice of Appeal to the 11th Circuit on June 15, 2018; the 11th Circuit Dismissed the Appeal on 8/13/18 for Want of Prosecution after McCurdy Failed to File Her Brief Timely. | Closed |