# EXHIBIT 5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

EDUCATION CORPORATION OF AMERICA
3660 Grandview Parkway, Suite 300
Birmingham, AL 35243,

VIRGINIA COLLEGE, LLC
3660 Grandview Parkway, Suite 300
Birmingham, AL 35243, and

NEW ENGLAND COLLEGE OF BUSINESS AND
FINANCE, LLC
3660 Grandview Parkway, Suite 300
Birmingham, AL 35243

Civil Action No._____

                Plaintiffs,

   v.

UNITED STATES DEPARTMENT OF
EDUCATION,
400 Maryland Avenue, S.W.
Washington, D.C. 20202, and

BETSY DEVOS, in her official capacity as Secretary
of Education,
400 Maryland Avenue, S.W.
Washington, D.C. 20202,

                Defendants.

**DECLARATION OF SEAN M. HARDING OF FTI CONSULTING, INC. IN SUPPORT OF
EMERGENCY MOTION FOR THE APPOINTMENT OF A RECEIVER AND ENTRY OF
<u>A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION</u>**

    I, Sean M. Harding, hereby declare and affirm the following, under penalty of perjury:

    1.    I am over twenty-one (21) years of age and otherwise competent to testify as to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2. I am a Senior Managing Director of FTI Consulting, Inc. My office address is 1201 W Peachtree Street, NW, Suite 500, Atlanta, GA, 30309.

3. I am submitting this Affidavit in support of the Emergency Motion for the Appointment of a General Receiver filed by Plaintiffs Education Corporation of America, Inc., Virginia College LLC and New England College of Business and Finance LLC.

4. I earned my B.S. in Commerce, concentration in Finance, from the University of Virginia.

5. I have over twenty years of experience advising senior management and boards of directors in revitalizing companies that are stagnant or underperforming. I have served as an advisor to companies and secured creditors in out-of-court restructurings and in formal bankruptcy proceedings. My financial advisory services have included renegotiation of financing arrangements and covenant compliance, development and review of detailed financial and operational business turnaround plans, development and review of detailed thirteen (13) week cash flow projections, bankruptcy preparation services, product profitability analyses and cost reduction initiatives, including SG&A rationalization. I have been called to testify in US Bankruptcy Court on multiple occasions.

6. My experience includes advising a number of post-secondary education institution. The following are examples of that experience:

    A. Alderson Broaddus University - Served as the financial advisor to the indentured trustee related to this non-profit University in West Virginia.

    B. Anthem Education - Served as the CEO and CRO to Anthem Education, a $250 million revenue for-profit college with 41 campuses throughout the US.

C.  Fourteen (14) Campus for-Profit College - Currently serving as financial advisor to the Senior lender of a fourteen (14) campus for profit college in the New England area. Responsibilities have included review of the Company's business plan, review of the liquidity and advisor regarding potential debt restructuring.

D.  B&H Education - Served as financial advisor to the Senior Lenders for a 57 campus for-profit chain of beauty schools. Responsibilities included advising the Senior Lenders regarding the Company's liquidity situation and the eventual wind-down of the campuses.

E.  Seven (7) Campus for Profit College in the Northeast - Served as the financial advisor to the Company. Advised the Company regarding its short-term liquidity issues, assessed the long-term viability of the Company and eventually advised on the wind down of the campuses.

F.  Forty-one (41) Campus for-Profit College - Served as the financial advisor to the Senior Lenders of this for-profit institution. Responsibilities included review of liquidity, financial performance and business plan.

7. I am not a party to this action and I do not have a conflict of interest with respect to any of the parties in this case.

8. I have never been found guilty of a felony or of any other crime involving moral turpitude.

9. FTI Consulting, Inc. is not a party to this action.

10. Neither I nor FTI Consulting, Inc. are, or hold any ownership interest in, a parent, subsidiary, partner, director, officer, agent, attorney, employee, secured or unsecured creditor or lien

holder of, or any holder of any equity interest in, Education Corporation of America, Virginia College LLC or New England College of Business and Finance LLC.

11.     Neither I nor FTI Consulting, Inc. control or is controlled by Education Corporation of America, Virginia College LLC or New England College of Business and Finance LLC.

12.     Neither I nor FTI Consulting, Inc. has an interest materially adverse to the interests of persons to be affected by the receivership generally.

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 15, 2018

_____
Sean Harding