# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| EDUCATION CORPORATION OF AMERICA, et al., | ) ) ) |
| Plaintiffs, | ) ) ) Civil Action Number |
| vs. | ) **2:18-cv-01698-AKK** ) ) |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SCHEDULE ONE
## TO ORDER GRANTING TEMPORARY INJUNCTIVE RELIEF

Schedule 1 to the Order Granting Temporary Injunctive Relief, doc. 12, is

attached to this notice and incorporated in to the Order by reference.

**DONE** the 22nd day of October, 2018.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE

# Schedule 1 to Order Granting Temporary Injunctive Relief

## *Education Corporation of America Portfolio Report*

| Address | City | ST | Landlord Name |
|---|---|---|---|
| 500 Palisades Boulevard | Birmingham | AL | Palisades Birmingham, LLC - Bryant, Dick |
| 2021 Drake Avenue SW | Huntsville | AL | CMS EDU II Huntsville, LP |
| 3725 Airport Boulevard & Montlimar Drive | Mobile | AL | Mobile Festival Acquisition LLC, c/o Veritas Realty |
| 6200 Atlanta Highway | Montgomery | AL | Folmar & Associates LLP |
| 2031 N Arizona Avenue | Chandler | AZ | EC Chandler, LLC and Warner Chandler, LLC |
| 1914 Wible Road, Kaplan College | Bakersfield | CA | Valley Plaza Mall, LP |
| 1950 Camino Vida Roble | Carlsbad | CA | PRA Carlsbad Office, LLC, c/o Pacific Realty Advisors |
| 144 Chula Vista Center | Chula Vista | CA | Chula Vista Center, LLC c/o Chula Vista Center, LLC |
| 44 Shaw Avenue | Clovis | CA | 5561 Sultana, LLC |
| 2475 Tahquitz Canyon Way | Palm Springs | CA | Desert Community College Auxiliary Svcs |
| 4040 Vine Street | Riverside | CA | Cityworks, LLC, c/o American Real Estate Mgmt LLC |
| 4330 Watt Avenue | Sacramento | CA | Boyd Sacramento GSA, LLC |
| 5172 Kiernan Court | Salida | CA | Pinnacle Partners, LLC |
| 9055 Balboa Avenue | San Diego | CA | LBA Balboa, LLC, c/o Layton-Belling & Associates - Layton, Steven R |
| 15400 Sherman Way | Van Nuys | CA | 15350/15400 Sherman Reverse, LLC |
| 2022 University Drive | Vista | CA | National University |
| 1400 S. Abilene Street | Aurora | CO | National Retail Properties, LP |
| 2200 South Monaco Parkway | Denver | CO | Creative Investments II, LLC, c/o Crosbie Management Services, LLC |
| 510 South Hunt Club Boulevard | Apopka | FL | CEVD Holdings, LLC |

## Education Corporation of America Portfolio Report

| Address | City | ST | Landlord Name |
|---|---|---|---|
| 2810 South Federal Highway & 2838 South Highway 1 | Fort Pierce | FL | The Don Levin Trust - Gallagher, Thomas P |
| 5940 Beach Boulevard | Jacksonville | FL | Herford Associates Limited Partnership, c/o Ingber & Klapper LLP |
| 312 East Nine Mile Road | Pensacola | FL | NC Pensacola, LLC |
| 2807 Wylds Road | Augusta | GA | Augusta NCP, LLC |
| 5601 Veterans Parkway | Columbus | GA | 5601 VPCG, LLC |
| 1901 Paul Walsh Drive | Macon | GA | VC Macon, GA, LLC |
| 1901 Paul Walsh Drive | Macon | GA | VC Macon, GA, LLC |
| 14045 Abercorn Street | Savannah | GA | Savannah Mall Realty Holding, LLC |
| 7833 Indianapolis Blvd. | Hammond | IN | GELO Investments, LLC |
| 4200 South East Street | Indianapolis | IN | Southern Plaza LLC, c/o Tri-Land Properties, Inc. |
| 9355 Cortana Place | Baton Rouge | LA | Cortana Mall LA LCC |
| 2950 East Texas Street | Bossier | LA | Pierre Bossier Anchor Acquisition, LLC |
| 10 High Street | Boston | MA | KNH Realty Trust, c/o Farley White Management Company |
| 1520 S. Caton Avenue | Baltimore | MD | Highroad LLC and Highroad Joh Ave., LLC |
| 4600 Powder Mill Road | Beltsville | MD | DenGar Belt LLLP |
| 803 Gleneagles Court | Towson | MD | Gleneagles Office LLC |
| 1295 Bandana Boulevard North | St. Paul | MN | Atrium, LLC - Schwebel, David P |
| 920 Cedar Lake Road | Biloxi | MS | Gulf States Properties, Inc. |
| 920 Cedar Lake Road | Biloxi | MS | Gulf States Properties, Inc. |

## Education Corporation of America Portfolio Report

| Address | City | ST | Landlord Name |
|---|---|---|---|
| 5841 Ridgewood Road | Jackson | MS | George Joseph Assets, LLC |
| 6070 E. Independence Boulevard | Charlotte | NC | R & W Rentals LLC |
| 6900 Clifford Road | Fayetteville | NC | Cliffdale Partners, LLC |
| 3700 South Holden Road | Greensboro | NC | BVB-NC, LLC |
| 1700 East Arlington Blvd | Greenville | NC | BrewCo Enterprises, Inc. |
| 1375 Lenoir Rhyne Boulevard | Hickory | NC | Furniture Enterprises of Hickory |
| 5617 Creedmoor Road | Raleigh | NC | J.T. Hobby & Son, Inc. |
| 230 Government Center | Wilmington | NC | New Hanover County |
| 8205 Spain NE | Albuquerque | NM | NMTex, LLC |
| 3535 West Sahara Avenue | Las Vegas | NV | Las Vegas Associates, LLLP |
| 2800 East River Road | Dayton | OH | Nassif Gobrial and Monica Gobrial |
| 5124 South Peoria Avenue | Tulsa | OK | American Autowash LLC, American Autowash Express LLC and Foam Zone LLC |
| 1991 Sproul Road | Broomall | PA | Federal Realty Investment Trust - Property #1442 |
| 5620 & 5630 Derry Street | Harrisburg | PA | Electra Realty Company |
| 5650 Lancaster Street | Harrisburg | PA | Lebo Realty, L.P. |
| 125 Franklin Mills Boulevard | Philadelphia | PA | BH Franklin, LLLP |
| 3010 Market Street | Philadelphia | PA | 3000 Market, L.P. - DeVuono, Jeff |
| 933 Penn Avenue | Pittsburgh | PA | iPenn Ventures, LP c/o Draxxhall Management Corporation |
| 6185 Rivers Avenue | Charleston | SC | Randall Benderson 1993-1 Trust |

## Education Corporation of America Portfolio Report

| Address | City | ST | Landlord Name |
|---|---|---|---|
| 7201 Two Notch Road | Columbia | SC | CKS-VCC LLC |
| 2400 David H. McLeod Blvd | Florence | SC | Fields McLeod, LLC |
| 78 Global Drive | Greenville | SC | Fair Forest of Greenville, LLC |
| 68 Global Drive | Greenville | SC | Fair Forest of Greenville, LLC |
| 1900 Joe White Avenue | Myrtle Beach | SC | G & G Holdings LLC |
| 8150 Warren H. Abernathy Highway | Spartanburg | SC | CMS EDU II Spartanburg, L.P. , c/ o Beacon Commercial Real Estate, LLC |
| 721 Eastgate Loop Road | Chattanooga | TN | Osborne Holdings, LLC |
| 5704 Marlin Road | Chattanooga | TN | Osborne Building Corporation |
| 5003 N. Broadway Street | Knoxville | TN | National Retail Properties, LP |
| 750 Envious Lane | Nashville | TN | Aspen Kap LLC |
| 2241 S. Watson Rd. | Arlington | TX | Pioneer Industrial, LLC, c/o LaSalle Investment Management, Inc. |
| 2831 East Arkansas Lane | Arlington | TX | Pioneer Parking Lot, LLC, c/o LaSalle Investment Management, Inc. |
| 14200 North Interstate Highway 35 | Austin | TX | National Retail Properties, LP |
| 6115 Eastex Freeway | Beaumont | TX | Parkdale Mall CMBS, LLC, c/o CBL & Associates Management, Inc. |
| 1900 N. Expressway 77/83 | Brownsville | TX | Water Tower Development, LLC |
| 1620 South Padre Island Drive | Corpus Christi | TX | South Coast Plaza, LLC, c/o Property Managers, LLC |
| 12005 Ford Road | Dallas | TX | Northpointe Centre |
| 8360 Burnham Road & 1231 Lee Trevino Drive | El Paso | TX | Burnham Properties, Ltd. |
| 1861 Valley View Lane | Farmers Branch | TX | Kennington Properties - McCann, Betsy |

## Education Corporation of America Portfolio Report

| Address | City | ST | Landlord Name |
|---|---|---|---|
| 1861 Valley View Lane | Farmers Branch | TX | Valley View Land Partnership, Ltd. |
| 2001 Beach Street | Fort Worth | TX | Quality Hill LLC - Hill, Steve |
| 3208 FM 528 | Friendswood | TX | MDDS Properties, LLC |
| 711 E. Airtex Drive | Houston | TX | Alan Keith Avra and Matthew W. Avra |
| 6410 McPherson Road | Laredo | TX | Barcelona Investments, LLC |
| 5001-5005 50th Street | Lubbock | TX | James Wayne |
| 1400 East Oakland Avenue | McAllen | TX | Palmer Enterprises, Inc. |
| 6441 NW Loop 410 | San Antonio | TX | FTRU San Antonio, LLC, c/o GS Management Company |
| 7142 San Pedro Avenue | San Antonio | TX | San Pedro Towne Center LLC - Hicks, Anjanette |
| 7200 Midlothian Turnpike | Richmond | VA | BSF Richmond, L.P. |