FILED
2018 Oct-24  PM 03:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

EDUCATION CORPORATION OF
AMERICA, *et al.*,

        Plaintiffs,

v.                                    Civ. No. 18-cv-01698-AKK

U.S. DEPARTMENT OF EDUCATION, *et al.*,

        Defendants

## DECLARATION OF SHARI MECCA

I, Shari Mecca, hereby declare under the penalty of perjury as follows:

1. I am over the age of 18 and competent to testify to the matters herein.

2. I am employed by the United States Department of Education (Department) as one of the case managers for Federal Student Aid's (FSA) Multi-Regional and Foreign Schools Participation Division. As a case manager, I am responsible for the general oversight of nine large school groups that participate in Higher Education Act Title IV programs and are located in multiple states across the country.

3. I am the case manager for the institutions operated by Education Corporation of America and its affiliates (ECA).

4. I certify that I am duly authorized, am qualified, and have been given authority by the Department to make the statements contained in this Declaration.

1

The statements contained herein are based on my personal knowledge as an employee of the Department, and my review of the pertinent records.

## TITLE IV PARTICIPATING INSTITUTIONS

5. To participate in Title IV programs, institutions apply to the Department for approval. In order to be approved, institutions must establish that they meet all eligibility, administrative capability and financial responsibility standards. Once approved, institutions sign a Program Participation Agreement (PPA) with the Department, which lays out all of the requirements that must be met in order to maintain eligibility for the Title IV programs.

6. An institution's Title IV eligibility extends only to those educational programs and locations that were approved from its initial application. In general, if an institution wishes to add programs, locations, or change its address it must report those changes to the Department within 10 days of the change.

7. Institutions participate in the Title IV programs under either a full certification or a provisional certification. Under a full certification, there are generally no restrictions on participation. Under a provisional participation, institutions are subject to additional requirements when addition locations or programs, and in some cases these entities are under growth restrictions. Institutions are changed to a provisional status for various reasons such as

accreditation issues, non-compliance findings in a program review or audit, and financial issues.

8. When an institution changes ownership or wishes to purchase other institutions, it must seek approval from the Department. In most cases, the institution will submit a pre-acquisition application requesting that the Department review the proposed change or acquisition to determine if it will likely be approved. The Department reviews all aspects of the change, including accreditation issues, prior Title IV compliance and financial resources of the purchaser, when making a determination on these requests.

## EDUCATION CORPORATION OF AMERICA

9. ECA began participating in the Title IV program in April 1999. As of this date, ECA operates three separately branded institutions – Virginia College, Brightwood, and New England College of Business and Finance (NCB).

10. Currently, ECA participates under 22 separate Office of Postsecondary Education identification (OPE ID) numbers, each with its own PPA. The schools operate at 74 locations. I have reviewed Schedule 1 to the Order Granting Temporary Relief. Eight of the addresses listed in this Schedule 1 are for schools not participating in the Title IV programs. For six schools identified on this Schedule 1, the address listed is different than the one in the Department's systems.

11. Based on the Department's information, I have marked up Schedule 1 to eliminate the non-Title IV institutions, to add the total student population based on the figures provided by ECA in October 2018, and to note any discrepancy in the address. This revised chart is attached hereto as Exhibit A.

12. ECA is accredited by the Accrediting Council for Independent Colleges and Schools (ACICS) and the New England Commission on Higher Education, Inc. (NECHE).

13. On August 7, 2017, ECA signed a letter of intent to purchase Vatterott Educational Centers, Inc. (Vatterott). Vatterott is a financially unstable chain of schools currently participating in the Title IV programs. ECA was actively pursuing the Department's consent to acquire Vatterott until August 16, 2018, when the Department denied the change primarily due to accreditation issues.

14. On September 5, 2018, ECA notified the Department by telephone that it would be conducting an orderly closure of 26 campuses, and that it would continue teaching students at these campuses through dates in June 2019 to October 2019 that varied by campus. ECA informed the Department that it enrolled a new starting class, and assured the Department it would be able to complete the educational programs for these students through the specified "teach-out" dates. ECA staff stated that once the teach-out is complete it may bring in additional

investment capital, but even without this, it would be able to redirect funds to remaining campuses that are strong operationally.

15.     In a September 6, 2018 email (attached as Exhibit B), ECA provided the Department with a written list of the campuses slated for closing. ECA reassured the Department that ECA's remaining 45 locations would continue to operate. ECA did not mention to the Department any a potential sale of ECA's remaining locations.

16.     In an October 2, 2018 email (attached as Exhibit C), ECA notified the Department staff that it hired a third-party real estate restructuring firm to engage with all landlords to seek rent reductions and abatements, lease modifications, and other concessions that would lower ECA's short- and long-term occupancy costs. ECA also informed the Department that it was closing ECA's Tulsa, OK campus effective October 9, 2018, although the location had been designated for teach-out. The Department has not responded to this email.

17.     Prior to the October 2, 2018 email, ECA had not suggested to the Department that ECA was experiencing serious financial concerns that would warrant such action.

18.     During a call on October 10, 2018, ECA notified the Department that it would be seeking a federal receivership.

19. At the end of September 2018, the Department issued Final Audit Determinations to 9 ECA schools assessing liabilities for violations of Title IV requirements identified in the schools' compliance audits. ECA has not commenced any administrative challenge to any of these audit determinations.

20. The Department has not taken any recent actions that would change any aspect of ECA's participation in the Title IV programs.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 24, 2108.

_Shari Mecca_
Shari Mecca

# EXHIBIT A

**Education Additions to Schedule 1**

Education Corporation of America Portfolio Report

| OPE ID | Address | City | ST | Landlord Name | Students | Notes |
|---|---|---|---|---|---|---|
| 03010600 | 500 Palisades Boulevard | Birmingham | AL | Palisades Birmingham, LLC - Bryant, Dick | 487 | Main OPE is at 488 Palisades |
| 03010602 | 2021 Drake Avenue | Huntsville | AL | CMS EDU II Huntsville, LP | 178 | |
| 03010607 | 3725 Airport Boulevard & Montlimar Drive | Mobile | AL | Mobile Festival Acquisition LLC, c/o Veritas Realty | 296 | |
| 03010616 | 6200 Atlanta Highway | Montgomery | AL | Folmar & Associates LLP | 204 | |
| 03010613 | 2031 N Arizona Avenue | Chandler | AZ | EC Chandler, LLC and Warner Chandler, LLC | 58 | |
| 02351901 | 1914 Wible Road, Kaplan College | Bakersfield | CA | Valley Plaza Mall, LP | 115 | |
| 03010611 | 1950 Camino Vida Roble | Carlsbad | CA | PRA Carlsbad Office, LLC, c/o Pacific Realty Advisors | 83 | |
| 02091702 | 144 Chula Vista Center | Chula Vista | CA | Chula Vista Center, LLC c/o Chula Vista Center, LLC | 212 | |
| 02306302 | 44 Shaw Avenue | Clovis | CA | 5561 Sultana, LLC | 128 | |
| 02549005 | 2475 Tahquitz Canyon Way | Palm Springs | CA | Desert Community College Auxiliary Svcs | 181 | |
| 02539102 | 4040 Vine Street | Riverside | CA | Cityworks, LLC c/o American Real Eatate Mgnt LLC | 297 | |
| 02351900 | 4330 Watt Avenue | Sacramento | CA | Boyd Sacramento GSA, LLC | 236 | |
| 02306300 | 5172 Kiernan Court | Salida | CA | Pinnacle Partners, LLC | 298 | |
| 02091700 | 9055 Balboa Avenue | San Diego | CA | LBA Balboa LLC c/c Layton-Belling & Associated - Layton, Steven AR | 746 | |
| 02539100 | 15400 Sherman Way | Van Nuys | CA | 15350/15400 Sherman Reverse, LLC | 580 | |
| 02549000 | 2022 University Drive | Vista | CA | National University | 370 | |
| 03010622 | 1400 S. Abilene Street | Aurora | CO | National Retail Properties, LP | 210 | |
| 03010612 | 510 South Hunt Club Boulevard | Apopka | FL | CEVD Holdings, LLC | 83 | |
| 03010635 | 2810 South Federal Highway & 2838 South Highway 1 | Fort Pierce | FL | The Don Levin Trust - Gallagher, Thomas P | 100 | |
| 03010618 | 5940 Beach Boulevard | Jacksonville | FL | Herford Associates Limited Partnership, c/o Ingber & Klapper LLP | 523 | |
| 03010608 | 312 East Nine Mile Road | Pensacola | FL | NC Pensacola, LLC | 163 | |
| 03010619 | 2807 Wylds Road | Augusta | GA | Augusta NCP, LLC | 398 | |
| 03010628 | 5601 Veterans Parkway | Columbus | GA | 5601 VPCG, LLC | 209 | |
| 03010623 | 1901 Paul Walsh Drive | Macon | GA | VC Macon, GA, LLC | 142 | |
| duplicate | 1901 Paul Walsh Drive | Macon | GA | VC Macon, GA, LLC | duplicate | |
| 03010627 | 14045 Abercorn Street | Savannah | GA | Savannah Mall Realty Holding, LLC | 374 | |
| 02201800 | 7833 Indianapolis Blvd. | Hammond | IN | GELO Investments, LLC | 276 | |
| 02201806 | 4200 South East Street | Indianapolis | IN | Southern Plaza LLC, c/o Tri-Land Properties, Inc. | 394 | |
| 03010624 | 9355 Cortana Place | Baton Rouge | LA | Cortana Mall LA LCC | 243 | actual address of location is 9501 Cortana Place |
| 03010632 | 2950 East Texas Street | Bossier | LA | Pierre Bossier Anchor Acquisition, LLC | 216 | |
| 03965300 | 10 High Street | Boston | MA | KNH Realty Trust, c/o Farley White Management Company | 1154 | |
| 00749100 | 1520 S. Caton Avenue | Baltimore | MD | Highroad LLC and Highroad Joh Ave., LLC | 358 | |
| 02083600 | 4600 Powder Mill Road | Beltsville | MD | DenGar Belt LLLP | 506 | |
| 01041000 | 803 Gleneagles Court | Towson | MD | Gleneagles Office LLC | 170 | |
| 03010610 | 920 Cedar Lake Road | Biloxi | MS | Gulf States Properties, Inc. | 172 | |
| duplicate | 920 Cedar Lake Road | Biloxi | MS | Gulf States Properties, Inc. | duplicate | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 03010603 | 5841 Ridgewood Road | Jackson | MS | George Joseph Assets, LLC | 219 | |
| 2326203 | 6070 E. Independence Boulevard | Charlotte | NC | R & W Rentals LLC | 286 | |
| 03010634 | 3700 South Holden Road | Greensboro | NC | BVB-NC, LLC | 333 | OPE 03010634 is at 3740 South Holden. |
| 03043200 | 3535 West Sahara Avenue | Las Vegas | NV | Las Vegas Associates, LLLP | 506 | |
| 02052000 | 2800 East River Road | Dayton | OH | Nassif Gobrial and Monica Gobrial | 106 | |
| 03010631 | 5124 South Peoria Avenue | Tulsa | OK | American Autowash LLC, American Autowash Express LLC | 12 | Closed |
| 00778100 | 1991 Sproul Road | Broomall | PA | Federal Realty Investment Trust - Property #1442 | 294 | |
| 00491000 | 5620 & 5630 Derry Street | Harrisburg | PA | Electra Realty Company | 127 | address in system in 5650 Derry |
| 00491000 | 5650 Lancaster Street | Harrisburg | PA | Lebo Realty, L.P. | | |
| 00491001 | 3010 Market Street | Philadelphia | PA | 3000 Market, L.P. - DeVuono, Jeff | 344 | |
| 02289800 | 125 Franklin Mills Boulevard | Philadelphia | PA | BH Franklin, LLLP | 492 | address in system is 177 Franklin Mills Boulevard |
| 00743600 | 933 Penn Avenue | Pittsburgh | PA | iPenn Ventures, LP c/o Draxxhall Management Corporation | 146 | |
| 03010620 | 6185 Rivers Avenue | Charleston | SC | Randall Benderson 1993-1 Trust | 242 | |
| 03010621 | 7201 Two Notch Road | Columbia | SC | CKS-VCC LLC | 169 | |
| 03010633 | 2400 David H. McLeod Blvd | Florence | SC | Fields McLeod, LLC | 229 | |
| 03010617 | 78 Global Drive | Greenville | SC | Fair Forest of Greenville, LLC | 276 | |
| 03010617 | 68 Global Drive | Greenville | SC | Fair Forest of Greenville, LLC | | this appears to be carry over space from 03010617 |
| 03010614 | 1900 Joe White Avenue | Myrtle Beach | SC | G & G Holdings LLC | 108 | |
| 03010626 | 8150 Warren H. Abernathy Highway | Spartanburg | SC | CMS EDU II Spartanburg, L.P. , c/ o Beacon Commercial Real Estate, LLC | 143 | |
| 03010606 | 721 Eastgate Loop Road | Chattanooga | TN | Osborne Holdings, LLC | 140 | |
| 03010606 | 5704 Marlin Road | Chattanooga | TN | Osborne Building Corporation | | |
| 03010630 | 5003 N. Broadway Street | Knoxville | TN | National Retail Properties, LP | 278 | |
| 02326200 | 750 Envious Lane | Nashville | TN | Aspen Kap LLC | 285 | |
| 03272303 | 2241 S. Watson Rd. | Arlington | TX | Pioneer Industrial, LLC, c/o LaSalle Investment Management, Inc. | 104 | |
| 03272303 | 2831 East Arkansas Lane | Arlington | TX | Pioneer Parking Lot, LLC, c/o LaSalle Investment Management, Inc. | | |
| 03010604 | 14200 North Interstate Highway 35 | Austin | TX | National Retail Properties, LP | 193 | |
| 03115803 | 6115 Eastex Freeway | Beaumont | TX | Parkdale Mall CMBS, LLC, c/o CBL & Associates Management, Inc. | 130 | |
| 02591905 | 1900 N. Expressway 77/83 | Brownsville | TX | Water Tower Development, LLC | 223 | |
| 00946609 | 1620 South Padre Island Drive | Corpus Christi | TX | South Coast Plaza, LLC, c/o Property Managers, LLC | 353 | |
| 03272300 | 12005 Ford Road | Dallas | TX | Northpointe Centre | 334 | |
| 02591900/02591904 | 8360 Burnham Road & 1231 Lee Trevino Drive | El Paso | TX | Burnham Properties, Ltd. | 241 | |
| 03010629 | 1861 Valley View Lane | Farmers Branch | TX | Kennington Properties - McCann, Betsy | 73 | |
| 03010629 | 1861 Valley View Lane | Farmers Branch | TX | Valley View Land Partnership, Ltd. | | |
| 00946610 | 2001 Beach Street | Fort Worth | TX | Quality Hill LLC - Hill, Steve | 241 | |
| 02312202 | 3208 FM 528 | Friendswood | TX | MDDS Properties, LLC | 156 | |
| 02312200 | 711 E. Airtex Drive | Houston | TX | Alan Keith Avra and Matthew W. Avra | 346 | |
| 03115802 | 6410 McPherson Road | Laredo | TX | Barcelona Investments, LLC | 173 | |
| 03010636 | 5001 - 5005 50th Street | Lubbock | TX | James Wayne | 382 | |
| 00946607 | 1400 East Oakland Avenue | McAllen | TX | Palmer Enterprises, Inc. | 266 | address in system is 1500 South Jackson |

| | | | | | | |
|---|---|---|---|---|---|---|
| **03115800** | 6441 NW Loop 410 | San Antonio | TX | FTRU San Antonio, LLC, c/o GS Management Company | 329 | |
| **00946600** | 7142 San Pedro Avenue | San Antonio | TX | San Pedro Towne Center LLC - Hicks, Anjanette | 291 | |
| **03010625** | 7200 Midlothian Turnpike | Richmond | VA | BSF Richmond, L.P. | 403 | |
| | | | | | 19133 | |
| **3010638** | | Semmes | AL | | 47 | Not on Lease - Schedule 1 to Order Granting Temporary Injunctive Releif |
| | | | | | 19180 | |

Highlight is locations reported as closing

# EXHIBIT B

Morelli, Denise
___

| | |
|---|---|
| **From:** | Roger Swartzwelder <roger.swartzwelder@ecacolleges.com> |
| **Sent:** | Thursday, September 06, 2018 3:01 PM |
| **To:** | Mecca, Shari |
| **Cc:** | Mike Ranchino; Roger Swartzwelder |
| **Subject:** | Campus Closure Update |
| **Attachments:** | Student Acknowledgment A - Graduating Pre-Close.docx; Student Acknowledgment A2 - NEW STUDENT Graduating Pre-Close.docx; Student Acknowledgment B - Post-Close Completion Date.docx; Student Acknowledgment - Re-Entry.docx; Confidential Refund Settlement Agreement and Release.docx |

Shari,

Thank you for the call yesterday. As we discussed, we have made the decision to teach out and close a number of underperforming campuses. I told you that it was 26 campuses, but you will see that the list below includes 27 campuses. The difference is that we consider the Mobile and Semmes locations in Alabama to constitute a single campus, but each is listed as a separate additional location on the ECAR. We plan to announce this closure decision on Monday, September 10, and we ask that you keep this information confidential until then.

College Location OPEID No. ACICS ID No. Expected Closure

Brightwood Career Institute Pittsburgh, Pa. 00743600 00011256 9/1/19
Brightwood College Bakersfield, Calif. 02351901 00021867 6/1/19
Brightwood College Clovis, Calif. 02306302 00171007 7/1/19
Brightwood College Palm Springs, Calif. 02549005 00171037 7/1/19
Brightwood College Sacramento, Calif. 02351900 00011298 8/1/19
Brightwood College Dayton, Ohio 02052000 00235912 9/1/19
Brightwood College Arlington, Tex. 03272303 00170646 6/1/19
Brightwood College Beaumont, Tex. 03115803 00170918 6/1/19
Ecotech Institute Aurora, Colo. 03010622 00036670 10/1/19
Golf Academy of America Chandler, Ariz. 03010613 00012797 11/1/19
Virginia College Huntsville, Ala. 03010602 00010424 6/1/19
Virginia College Mobile, Ala. 03010607 00019670 4/1/20
Virginia College Semmes, Ala. 03010638 00259605 7/1/19
Virginia College Montgomery, Ala. 03010616 00023668 4/1/20
Virginia College Fort Pierce, Fla. 03010635 00173613 6/1/19
Virginia College Pensacola, Fla. 03010608 00019669 10/1/19
Virginia College Columbus, Ga. 03010628 00062295 8/1/19
Virginia College Macon, Ga. 03010623 00040822 6/1/19
Virginia College Baton Rouge, La. 03010624 00041407 7/1/19
Virginia College Bossier City, La. 03010632 00141660 6/1/19
Virginia College Biloxi, Miss. 03010610 00022050 8/1/19
Virginia College Jackson, Miss. 03010603 00018779 8/1/19
Virginia College Tulsa, Okla. 03010631 00073373 6/1/19
Virginia College Columbia, S.C. 03010621 00034181 10/1/19
Virginia College Spartanburg, S.C. 03010626 00043122 6/1/19
Virginia College Chattanooga, Tenn. 03010606 00023095 7/1/19
Virginia College Austin, Tex. 03010604 00019779 7/1/19

The expected closure date is based on the projected graduation dates of the current students. We have identified 301 students in longer programs across these 27 campuses who will not be able to graduate by the expected closure date. We will advise these students as part of the public announcement on Monday and outline their options, which include helping them transfer to another school or receiving a full refund. We also will reach out to former students who recently withdrew and who could re-enter and finish their programs prior to the expected closure date to advise them of this final opportunity to complete their program with us.

You asked us to give you copies of the documents that we will provide to students in conjunction with this decision. Attached are four different Student Acknowledgment forms for the Sacramento, California, campus to use in its discussions with students. Form A is for current students who can finish their programs and graduate prior to the expected closure, and Form A2 is a similar acknowledgment specifically for students who are starting next week in what will be the final starting class. Form B is for current students who will not be able to finish, and the Re-Entry form is for any students who want to re-enter in order to finish their programs. Virtually identical forms have been customized for each of the closing campuses. I've also attached a Refund Settlement Agreement and Release form. We will ask any of the 301 students who elect to withdraw and receive a full refund to execute this agreement.

We regret that we have arrived at this point, but we are confident that this decision is the best for the company. ECA and the remaining 45 campuses will be in a position to thrive once the burden of carrying the underperforming campuses has been lifted. We are committed to doing this teachout and closure properly, and we appreciate the Department's willingness to work with us to resolve any challenges that arise through this process. As always, please do not hesitate to contact me if you have any questions or need any additional information.

Roger


**Roger L. Swartzwelder**
EVP, General Counsel and Chief Compliance Officer

**Education Corporation of America**
3660 Grandview Parkway, Suite 300
Birmingham, AL 35243

direct 205.329.7903 | ext 2203 | fax 205.912.6701
roger.swartzwelder@ecacolleges.com | www.ecacolleges.com

Please consider the environment - do you really need to print this email?

Confidentiality Notice: This message is confidential and intended for the individual(s) named. If you are not that individual, do not disseminate, distribute or copy this email. If you believe you have received this message in error, please contact the sender immediately and delete this message.

# EXHIBIT C

# Puffer, Rhonda

| | |
|---|---|
| **From:** | Puffer, Rhonda |
| **Sent:** | Wednesday, October 17, 2018 1:22 PM |
| **To:** | Morelli, Denise |
| **Subject:** | FW: Notification of Certain Developments |

This is the lease information for ECA.

**From:** Roger Swartzwelder [mailto:roger.swartzwelder@ecacolleges.com]
**Sent:** Tuesday, October 02, 2018 9:44 AM
**To:** Mecca, Shari
**Cc:** Roger Swartzwelder
**Subject:** Notification of Certain Developments

Shari,

Good morning. As you are aware, ECA recently announced its decision to teach out and close 26 underperforming campuses, which have been significantly and negatively impacting ECA's financial condition for some time. In another effort to shore up ECA's financial stability, we also hired a third-party real estate restructuring firm last month to engage with all of our landlords to seek rent reductions and abatements, lease modifications, and other concessions that would lower our short- and long-term occupancy costs. One aspect of this strategy has been to delay certain rent payments while we continue our negotiations.

As you might imagine, some of our landlords have granted the concessions that we sought, but others have reacted negatively. In several cases over the last week, we have been served with documents by landlords that have filed court actions seeking to enforce the terms of the leases. We are continuing to interact with those landlords in an effort to reach accommodations satisfactory to both parties.

It is not clear to us whether legal actions by landlords in lease disputes are mandatory reportable events under the language in the Department's October 18, 2017, letter placing ECA's schools on provisional certification. Nevertheless, please accept this email as notification in accordance with the spirit of that letter.

Among the campuses slated for closure is the Virginia College campus in Tulsa, Oklahoma. Since the announcement, several students have withdrawn, with only 13 students still enrolled across several different programs at Tulsa. We have determined that a teachout in these circumstances does not provide a quality educational experience for our students and is financially untenable. Therefore, we are announcing today that the Tulsa campus will close following the completion of the students' current module on Tuesday, October 9. We are arranging transfer options to National American University and New England College of Business and Finance, and we will work with any students who seek to transfer elsewhere. Any students who elect not to transfer will be provided a full refund of all monies paid to Virginia College.

Please let me know if you have any questions or need anything further.

Roger

**Roger L. Swartzwelder**
EVP, General Counsel and Chief Compliance Officer

**Education Corporation of America**

1

3660 Grandview Parkway, Suite 300
Birmingham, AL 35243

direct 205.329.7903 | ext 2203 | fax 205.912.6701
roger.swartzwelder@ecacolleges.com | www.ecacolleges.com

Please consider the environment - do you really need to print this email?

Confidentiality Notice: This message is confidential and intended for the individual(s) named. If you are not that individual, do not disseminate, distribute or copy this email. If you believe you have received this message in error, please contact the sender immediately and delete this message.