FILED
2018 Oct-29 PM 05:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
United States District Court
Northern District of Alabama
OCT 29 2018
Judge Abdul Kallon

| | |
|---|---|
| EDUCATION CORPORATION OF AMERICA, VIRGINIA COLLEGE, LLC, and NEW ENGLAND COLLEGE OF BUSINESS AND FINANCE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION and BETSY DEVOS, in her official capacity as Secretary of Education, <br><br> Defendants. | Case No. <br> 2:18-cv-01698-AKK |

## ORDER

In accordance with Rule 65(b)(2) of the Federal Rules of Civil Procedure,[1] this Court's Order Granting Temporary Injunctive Relief entered on October 19, 2018 (D.E. 12) shall be extended by __Seven__ (7) days to and including __November 5__, 2018. In accordance herewith, the temporary injunction will expire at 5:00 p.m. Central Time on __November 5__, 2018.

**IT IS SO ORDERED** this 29th day of October 2018.

ABDUL K. KALLON
UNITED STATES DISTRICT JUDGE

---

[1] "The [temporary restraining order] expires at the time after entry--not to exceed 14 days--that the court sets, unless before that time the court, for good cause, *extends it for a like period* or the adverse party consents to a longer extension." Fed. R. Civ. P. 65(b)(2) (emphasis added).