FILED
2018 Nov-05  AM 10:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| EDUCATION CORPORATION OF AMERICA, VIRGINIA COLLEGE, LLC, and NEW ENGLAND COLLEGE OF BUSINESS AND FINANCE, LLC, ) ) ) ) ) | |
| Plaintiffs, ) | |
| v. ) | Case Number: 2:18-CV-01698-AKK |
| ) | |
| UNITED STATES DEPARTMENT OF EDUCATION and BETSY DEVOS, in her official capacity as Secretary of Education, ) ) ) ) ) | |
| Defendants. ) | |

## MOTION AND APPLICATION FOR *PRO HAC VICE* ADMISSION OF EMMANUELLE M. VERDIEU

Pursuant to L.R. 83.1, Sara Zampierin, counsel for *Amici Curiae*, the Southern Poverty Law Center and Project on Predatory Student Lending, move this Court for the *pro hac vice* admission of Emmanuelle M. Verdieu to appear as counsel for *amici* in this case.

Ms. Verdieu is not a member of the Alabama bar or the bar of this Court. She is a member of the state bar of the Commonwealth of Massachusetts. Counsel attaches a recent certificate of good standing issued for Ms. Verdieu. Counsel also attaches a declaration by Ms. Verdieu attesting to the facts required by L.R. 83.1. Sara Zampierin, who is signing this Motion, also represents *amici* and has agreed to associate with Ms. Verdieu as local counsel in this matter.

1

For these reasons, Counsel respectfully requests that this Court grant Emmanuelle Verdieu leave to appear *pro hac vice* in the above-captioned matter.

Dated: November 5, 2018.                    Respectfully submitted,

                                            */s/ Sara Zampierin*
                                            Sara Zampierin
                                            Alabama Bar No. ASB-1695-S34H
                                            sara.zampierin@splcenter.org
                                            SOUTHERN POVERTY LAW
                                            CENTER
                                            400 Washington Ave.
                                            Montgomery, AL 36104
                                            Tel.:  334-956-8200
                                            Fax:  334-956-8481

                                            **Counsel for Amici Curiae**

## CERTIFICATE OF SERVICE

I certify that on November 5, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

*/s/ Sara Zampierin*
Sara Zampierin