FILED

2018 Nov-05  PM 04:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **EDUCATION CORPORATION OF AMERICA, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | Civil Action Number |
| ) | **2:18-cv-01698-AKK** |
| **vs.** ) | |
| ) | |
| **UNITED STATES DEPARTMENT OF EDUCATION, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Education Corporation of America, Virginia College, LLC, and New England College of Business and Finance, LLC's (collectively, "ECA's") Motion to Seal Exhibit 9 to Plaintiffs' Opposition to Amicus Curiae Brief, doc. 49, is **GRANTED**, and the Clerk is **DIRECTED** to file Exhibit 9, doc. 51-9, under seal. In addition, ECA's Motions for Leave to File Excess Pages in Opposition to the Amicus Curiae Brief, doc. 50, and for Leave to File Reply to the Defendants' Supplemental Memorandum, doc. 52, are **GRANTED**.

Finally, in accordance with its memorandum opinion, doc. 58, this action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. The Clerk is **DIRECTED** to close this file.

**DONE** the 5th day of November, 2018.

 

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE